# Exhibit A

# Part 573 Safety Recall Report    24V-732

| | |
|---|---|
| Manufacturer Name : | Porsche Cars North America, Inc. |
| Submission Date : | OCT 01, 2024 |
| NHTSA Recall No. : | 24V-732 |
| Manufacturer Recall No. : | ARB6 / ARB7 |



## Manufacturer Information :

Manufacturer Name : Porsche Cars North America, Inc.
Address : One Porsche Drive
Atlanta GA 30354
Company phone : 1-800-767-7243

## Population :

Number of potentially involved : 27,527
Estimated percentage with defect : 2 %

## Vehicle Information :

Vehicle 1 : 2020-2024 Porsche Taycan
Vehicle Type : LIGHT VEHICLES
Body Style : 4-DOOR
Power Train : HYBRID ELECTRIC
Descriptive Information : The vehicles were identified by data analytics to identify affected clusters of production.
Production Dates : OCT 21, 2019 - FEB 01, 2024
VIN Range 1 : Begin : WP0AC2Y16LSA70165   End : WP0AD2Y10RSA48040   ✓ Not sequential

## Description of Defect :

Description of the Defect : Certain Taycan high-voltage batteries might experience short circuits within the battery modules, which can lead to thermal events and in some cases fires.
FMVSS 1 : NR
FMVSS 2 : NR
Description of the Safety Risk : A short circuit in the high-voltage battery module can increase the risk of a thermal event.
Description of the Cause : The root cause analysis suggests that supplier production issues in the high-voltage battery modules can, in rare instances, increase the risk of internal short circuits.
Identification of Any Warning that can Occur : There are no warnings.

## Involved Components :

| | |
|---|---|
| Component Name 1 : | Cell block module in high-voltage battery |
| Component Description : | Cell block module in high-voltage battery |
| Component Part Number : | NR |

**Supplier Identification :**

**Component Manufacturer**

| | |
|---|---|
| Name : | LG ENERGY SOLUTION WROCŁAW sp. z o.o. |
| Address : | LG 1A |
| | Kobierzyce Foreign States 55040 |
| Country : | Poland |

**Chronology :**

This is a supplement to prior recalls: 23V840 (manufacturer recall identification code APB5); 24V215 (manufacturer recall identification code ARA4); and 24V217 (manufacturer recall identification code ARA5)

As a precautionary measure, Porsche decided to continue data analytics and hardware analyses for this issue.

On 23 September 2024, Porsche determined that a safety-related defect exists in additional Taycan vehicles identified via data analytics and hardware analyses and decided to initiate this recall (manufacturer recall identification codes ARB6/ARB7).

This recall (ARB6/ARB7) applies to a vehicle population for which Porsche currently has no positive knowledge that data anomalies exist in the high-voltage battery modules. For ARB6, Porsche does not have sufficient high-voltage battery data to assess whether data anomalies exist in the high-voltage battery or not. For ARB7, Porsche does have sufficient high-voltage battery data which currently show no data anomalies. Even if Porsche currently has no positive knowledge that data anomalies exist, Porsche cannot exclude that these high-voltage battery modules might show data anomalies in the future.

# Part 573 Safety Recall Report          24V-732          Page 3

**Description of Remedy :**

| | |
|---|---|
| Description of Remedy Program : | Regarding ARB6, as a precaution, the owner notification letter will advise that affected vehicles should only be charged to a maximum of 80% of the battery capacity as an interim remedy. |
| | Regarding ARB7, an interim remedy (i.e., a reduction of the battery capacity to a maximum of 80%) is not necessary. This is because ARB7 applies to vehicles which allow Porsche continuous over-the-air access to continuously monitor and assess high-voltage battery data and detect future battery module anomalies in a timely and reliable manner by using data analytics. If a battery module anomaly is detected, the affected modules in the high-voltage battery will be replaced and the owner notification letter will advise that affected vehicles should only be charged to a maximum of 80% of the battery capacity until the replacement. |
| | As a final remedy (for both ARB6 and ARB7), an on-board diagnostic software will be installed on affected vehicles to detect future battery module anomalies. |
| | Before the on-board diagnostic software is installed on affected vehicles, the high-voltage battery modules will be analyzed. If this analysis shows no anomalies, the on-board diagnostic software will be installed. If this analysis shows anomalies, the affected high-voltage battery module will be replaced prior to the installation of the on-board diagnostics software. |
| | Once installed, the on-board diagnostic software will use data analytics to detect future anomalies in high-voltage battery modules. If an anomaly is detected, the vehicle will display a warning message in the head unit and will limit the high-voltage battery charging capacity (in a first step to 80% and – after a certain time – to less than 80% presumably 50%). Affected high-voltage battery modules will be replaced. As the high-voltage battery consists of several modules, it can be possible that different modules show data anomalies leading to the replacement of several modules. |
| How Remedy Component Differs from Recalled Component : | The vehicles will receive an on-board diagnostics software. This report will be updated as necessary. |
| Identify How/When Recall Condition was Corrected in Production : | Vehicles produced after 04.03.2024 are not subject to this recall because of production countermeasures at the supplier. |

**Recall Schedule :**

| | |
|---|---|
| Description of Recall Schedule : | Owners will be notified via mail within 60 days of the filing of this report. |
| Planned Dealer Notification Date : | OCT 16, 2024 - OCT 16, 2024 |
| Planned Owner Notification Date : | NOV 29, 2024 - NOV 29, 2024 |

\* NR - Not Reported

The information contained in this report was submitted pursuant to 49 CFR §573