# Exhibit B



PORSCHE



# Warranty and Customer Information

Model Year 2020 – Taycan

These express warranties are provided by Porsche Cars N.A., and are in lieu of all other express warranties of Porsche Cars N.A., the manufacturer, and selling dealer.

**Porsche Cars North America, Inc.**
One Porsche Drive
Atlanta, Georgia 30354
1 (800) PORSCHE

is the sole authorized importer of Porsche vehicles in the United States and offers these express warranties on U.S. model vehicles only.

Dr. Ing. h.c. F. Porsche AG is the owner of numerous trademarks, both registered and unregistered, including without limitation the Porsche Crest®, Porsche®, Boxster®, Taycan™, Carrera®, Cayenne®, Cayman®, Macan®, Panamera®, Speedster®, Spyder®, Tiptronic®, VarioCam®, PCM®, PDK®, 911®, RS®, 4S®, 718®, 918 Spyder®, FOUR UNCOMPROMISED®, and the model numbers and distinctive shapes of the Porsche automobiles such as, the federally registered 911 and Boxster automobiles. The third party trademarks contained herein are the properties of their respective owners. Porsche recommends seat belt usage and observance of traffic laws at all times.

**© 2019 Porsche Cars North America, Inc.**

This booklet is accurate at the time of printing.
However, changes to the contents may be made at any time. Specifications are also subject to change without notice.

All rights reserved. Reproduction or translation in whole or in part is not permitted without written authorization from publisher.

Published by Porsche Cars North America, Inc. AfterSales Publications
Printed in the United States of America.

Direct inquiries to:

**Porsche Cars North America, Inc.**
Attn: Customer Relations
One Porsche Drive
Atlanta, Georgia 30354

or call:
International toll free 1 (800) PORSCHE

Part Number - PNA 900 124 20

**New Car Limited Warranty & Customer Information**
**Model Year 2020 - Taycan**

**Index**

**Warranty Coverage Section**

Alternative Dispute Resolution Requirement...............................................................1

Mediation/Arbitration Mechanism...........................................................................2

New Car Limited Warranty.....................................................................................3

High-Voltage Battery Coverage...............................................................................7

Corrosion Perforation Limited Warranty...................................................................8

Porsche 24-Hour Roadside Assistance Program.........................................................8

**Genuine Parts Information Section**

Two Year Unlimited Mileage Limited Warranty............................................................13

Replacement Parts and Accessories Limited Warranty..............................................14

## Index

### Customer Information Section

Owner Satisfaction................................................................................................................18

Porsche Owner's Arbitration Information.......................................................................19

General Information..............................................................................................................21

Notice to All Consumers.....................................................................................................22

State of California, Notice to Consumers.......................................................................23

State of Colorado, Notice to Consumers.......................................................................25

State of Colorado, Notification to PCNA.......................................................................27

State of Connecticut, Notice to Consumers.................................................................29

State of Florida, Notice to Consumers...........................................................................30

State of Georgia, Notice to Consumers.........................................................................31

State of Hawaii, Notice to Consumers...........................................................................32

State of Illinois, Notice to Consumers...........................................................................33

State of Indiana, Notice to Consumers.........................................................................34

State of Iowa, Notice to Consumers..............................................................................35

State of Kansas, Notice to Consumers..........................................................................36

State of Maine, Removable Notice to Consumers.....................................................37

State of Maryland, Notice to Consumers......................................................................39

State of Massachusetts, Removable Notice to Consumers....................................41

State of Minnesota, Notice to Consumers...................................................................43

State of Montana, Notice to Consumers......................................................................44

State of New Hampshire, Notice to Consumers.........................................................46

State of New Hampshire, Consumer & Vehicle Information Reply.........................47

State of New Jersey, Notice to Consumers..................................................................49

State of New Mexico, Notice to Consumers................................................................50

State of New York, Notice to Consumers......................................................................51

State of North Carolina, Notice to Consumers...........................................................52

State of Ohio, Notice to Consumers...............................................................................53

State of Pennsylvania, Notice to Consumers..............................................................54

State of Rhode Island, Notice to Consumers..............................................................55

State of South Carolina, Notice to Consumers...........................................................56

State of Tennessee, Notice to Consumers...................................................................57

State of Texas, Notice to Consumers.............................................................................58

State of Vermont, Notice to Consumers.......................................................................59

State of Virginia, Notice to Consumers.........................................................................60

State of West Virginia, Notice to Consumers..............................................................61

State of Wisconsin, Notice to Consumers....................................................................62

### Reply Cards

Change of Ownership/Address Cards..............................................................................64

## Porsche Customer Relations
## Owner's Arbitration Information

**Dispute Resolution**
Porsche Cars North America, Inc. ("PCNA") provides an alternate dispute resolution mechanism through CAP-Motors, administered by DeMars & Associates, Ltd. Page 6 of this booklet contains a brief description of the program. CAP-Motors may be reached at 1 (800) 279-5343.

**You must utilize the CAP-Motors Arbitration Program, administered by DeMars & Associates, Ltd., before seeking to enforce rights or obtain remedies in court under Title I of the Magnuson-Moss Consumer Warranty Act.**

If you choose to seek redress by pursuing rights and remedies not created by Title I of the Magnuson-Moss Consumer Warranty Act, you do not need to utilize the CAP-Motors arbitration program.

You should also be aware that if you seek remedies under the "lemon laws" of your state, you may be required to use the CAP-MOTORS arbitration program. Please check the appropriate page in this booklet for the requirements applicable to your state. The "Lemon Law" of your state may not apply to a vehicle you purchased used.

**Consumer Arbitration Program for Motor Vehicles**
Mobile Source Operations Division
P.O. Box 8001
El Monte, California 91731-2990

**Warranty Outside the U.S.**
If your car is taken to an authorized Porsche dealer outside the U.S., PCNA's warranty will not be applicable and parts will be repaired or replaced only within the terms and limitations of the warranty for new Porsche vehicles for your model year in effect in the country where such authorized Porsche dealers are located.

**Warranty Enforcement Laws (Lemon Laws)**
Laws in many states and federal law permit owners and/or lessees to obtain a replacement vehicle or a refund of the purchase or lease price under certain circumstances. The provisions of these laws vary from state to state and vary from the federal law. To the extent allowed or not prohibited by applicable law, PCNA requires that you first provide PCNA itself with direct written notification of any alleged unrepaired defect or malfunction, or any other dissatisfaction you have experienced with your vehicle so that PCNA itself has the opportunity to cure the problem or dissatisfaction. Giving PCNA itself this direct notice and opportunity to cure enables us to supplement prior efforts by our authorized dealers so any ongoing problem can be resolved or the dissatisfaction addressed by us. In states that have not enacted "lemon laws," we also require, without constituting any liability beyond the PCNA vehicle limited warranties, that you give PCNA itself direct written notice of any service difficulty you have experienced. Written notifications, either required under an applicable "Lemon Law" or other written notifications should be sent to PCNA, not one of our Authorized Porsche dealers, at:

**Porsche Cars North America, Inc.**
Attn: Customer Relations
One Porsche Drive
Atlanta, GA 30354

Or email at customer.relations@porsche.us

**Call us at** 1-800-PORSCHE (1-800-767-7243)

**Tweet us using** #PorscheCares

**What is CAP-Motors?**
CAP-Motors, administered by DeMars & Associates, Ltd., is nationally staffed with professionals who are experienced in mediation and arbitration. CAP-Motors will investigate your case by reviewing the facts, inspecting the vehicle, and rendering a fair and equitable decision.

**How much will it cost?**
There is no charge to you for submitting your dispute to CAP-Motors. However, you may be charged a nominal fee for being provided copies of your case.

## Porsche Customer Relations
## Owner's Arbitration Information

To Our Customer:

Porsche Cars North America, Inc. (PCNA) has a commitment to you and your satisfaction. From your first phone call or visit to an authorized Porsche dealership, through the purchase and delivery of your new Porsche automobile and to visits for parts & service, your satisfaction is our number one objective.

If you should experience a problem that has not been resolved to your satisfaction through Porsche's authorized dealers or Customer Relations department, additional assistance may be available through CAP-Motors, A Customer Arbitration Program.

CAP-Motors will attempt to resolve your complaint through arbitration —a process by which two or more parties authorize a third party to resolve the dispute. The decision is binding on PCNA but not on you. Some states require you to utilize the CAP-Motors process prior to pursuing a "Lemon Law" action. Please refer to pages 35-37 of this booklet for more information.

### What Types Of Disputes Are Eligible?
CAP-Motors arbitrates disputes involving Porsche's product reliability or warranty performance concerning your Porsche automobile. However, they will not arbitrate claims for a vehicle involved in an accident, a vehicle used for commercial purposes-unless the "Lemon Law" of your State covers a vehicle used for commercial purposes, or claims that an airbag failed to deploy, or deployed when it should not have. You must file a request for mediation /arbitration with CAP-Motors within the time period applicable to the warranty coverage as supplied by PCNA, provided the concern or alleged defect was brought to the attention of PCNA or one of its dealers during the eligibility period.

### How To Request Arbitration
You may file a claim at any time by contacting CAP-Motors toll-free at (800) 279-5343. You will need the following information:

▪ Vehicle year, make, model, vehicle identification number (VIN), mileage, and date of purchase.

▪ A brief description of your complaint and actions you have taken to resolve it.

▪ Copies of invoices with your request for arbitration if you are seeking reimbursement for repairs or related incidental expenses.

▪ A copy of your vehicle registration.

▪ A brief statement as to what action or remedy would resolve your problem.

### Send your request to:

**Consumer Arbitration Program for Motor Vehicles**
Mobile Source Operations Division
P.O. Box 8001
El Monte, California 91731-2990

### What other recourse do I have available?
If you are dissatisfied with the arbitrator's decision or Porsche's remedy, you may pursue any other legal remedies which you may have available to you. You should be aware that the arbitration findings are admissible as evidence in any subsequent legal proceedings concerning your dispute. This description of CAP-Motors is based upon the program at the time of publication. The program is subject to change without further notice. Contact CAP-Motors directly for the most current information concerning the CAP-Motors Program.

The CAP-Motors program does not award:
Attorney Fees
Punitive Damages
Multiple Damages
Consequential Damages other than incidental damages which you may be entitled to under law.

**New Car Limited Warranty Coverage Provided by PCNA**



**All of the Warranties Described in this Booklet are Subject to Following Limitations and Disclaimers:**

**New Car Limited Warranty**

This warranty is given to the owner of a Porsche vehicle distributed by Porsche Cars North America, Inc. ("PCNA") and sold by an authorized Porsche dealer in the United States.*

* Authorized Porsche dealers are not owned by PCNA and are not agents of PCNA

**Limitations and Disclaimers**

PCNA's written warranty is exclusive and in lieu of all other warranties, whether oral or written, express or implied. Any implied warranties, including the implied warranties of merchantability and fitness for a particular purpose, are limited to the duration of the written warranty. PCNA does not authorize any individual or corporation to create for it any obligation, liability or other warranty in connection with this vehicle. PCNA disclaims any responsibility for loss of time or use of your car, as well as any other incidental, special, consequential or other similar expenses or damages.

Some states self limit the duration of the implied warranty and some do not allow either limitations on how long an implied warranty lasts, or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you. These specific warranties give you specific legal rights, and you may also have other rights, which vary from state to state.

PCNA's liability, if any, for products furnished under this warranty shall in no event exceed the cost of correcting failures in the product as herein provided and, upon the expiration of this warranty, any such liabilities shall terminate.

DeMars & Associates, Ltd., Porsche's selected administrator for the CAPMOTORS program, is located at P. O. Box 925, Haslet, TX 76052-0925. Its toll free telephone number is 1-800-279-5343. More information regarding the program is contained on pages 1, 2, 31, 32 and 33 of this booklet.

**Warranty Coverage**

Subject to the other terms and conditions of this limited warranty, PCNA will arrange for an independent authorized Porsche dealer within the 50 United States to provide for the repair of your vehicle if it fails to function properly as designed during normal use. Such service facilities will repair such failures to function properly as designed at PCNA's expense, for parts and labor only, including the use, at PCNA's sole discretion, of new or remanufactured parts distributed by PCNA.

To obtain this warranty coverage, you must present your vehicle to such a service facility during its normal service hours, provide sufficient information to permit a proper identification and diagnosis of the failure to function properly, and permit the facility adequate time to perform the necessary repair. As this obligation is subject to the terms, conditions and limitations of this Booklet, you must refer to this Booklet to understand which repairs are covered by this warranty.

If an authorized Porsche dealer in the U.S. declines or fails to carry out a proper repair or replacement of a factory installed part covered by this limited warranty without charge to you, Porsche will (a) determine if the repair or replacement requested by you is covered by this New Car Limited Warranty and, if so, (b) obtain cooperation from an authorized Porsche dealer to conduct such repair or replacement without charge to you. However, PCNA's obligation to do (a) and (b) requires you to contact Porsche Customer Relations at the number provided in this Booklet and provide all information needed by them to carry out those obligations to you.

4

From time to time, your authorized Porsche dealer may install a component that is an updated version of original factory equipment. These updates of original factory equipment are due to changes in technology only and are not done to correct or remedy normal vehicle operating characteristics (as determined by Porsche) or conditions resulting from individual driving habits.

**Time and Mileage Period**

This warranty begins on the date the car is first delivered to the first retail purchaser or the date it is first used as a demonstrator, lease, or company car, whichever comes first.

The car is covered for four (4) years or 50,000 miles, whichever comes first. The high-voltage battery is covered for eight (8) years or 100,000 miles, whichever comes first.

Porsche will cease to have any warranty obligations under the New Car Limited Warranty, and you will be responsible for all costs after the warranty coverage ends.

**To Get Warranty Service Under the New Car Limited Warranty**

You must take your car, along with proof of purchase date, to an authorized Porsche dealer during normal service hours. If the car is not driveable because of a failure covered by this warranty, call Porsche 24-Hour Roadside Assistance and your Porsche automobile will be transported to the nearest authorized Porsche dealership, or contact the nearest authorized Porsche dealer for further assistance. You are responsible for presenting your Porsche automobile to a Porsche dealer as soon as a problem exists. Failure to do so could result in consequential damage that may not be covered by your new car Limited Warranty. If you cannot obtain warranty service, or you are dissatisfied with the service or with a warranty decision, refer to the Consumer Information section in this Booklet.

**Emergency Repairs**

Should the car become completely disabled, requiring repair in order to be driven, and there is no authorized Porsche dealer in the vicinity, have the repair performed sufficient to drive the car and return the replaced parts and paid repair order to your authorized Porsche dealer for reimbursement consideration.

**This Warranty Does Not Cover:**

- Corrosion.
- Batteries damaged from storage, lack of normal vehicle use, or non-Porsche approved electrical or accessory installation.
- Any damage to your vehicle's hardware or software, or any loss or harm to any personal information/data uploaded to your vehicle resulting from unauthorized access to vehicle data or software from any source, including non-Porsche parts or accessories, third party applications, viruses, bugs, malware, or any other form of interference or cyber-attack.
- Overstraining or overloading the vehicle.
- Using the vehicle as a power source.
- Tires damaged by road hazard. (If you need further assistance, contact your authorized Porsche dealer.)
- Tires damaged by premature wear.
  **Note:** Porsche's race-bred heritage demands that tires are an integral part of the vehicle suspension, braking, and active safety systems. As a result, all Porsche automobiles are equipped with tires designed for higher performance than those found on other passenger vehicles. While tire wear varies with vehicle operation, high performance tires like these are designed to assist the vehicle's suspension in delivering increased cornering forces and better handling. Thus, they may exhibit increased wear characteristics when compared to tires on other passenger vehicles. Consult your Owner's Manual for information concerning the proper care and selection of your tires. (Refer to the Porsche Tire Information Guide for additional information.)
- Parts that fail due to lack of required maintenance or use of non-PCNA distributed parts.
- Normal wear or deterioration of any part.
- Cleaning and polishing.
- Improper use or contamination of lubricants or other fluids.
- Lubricants, unless part of a warranty repair.
- Air conditioner refrigerant charge after the first three months of service unless part of a warranty repair.
- Glass breakage, chips and/or scratches that are not due to a defect in material or workmanship.
- Appearance items that are not due to a defect in material or workmanship.
- Any car registered or normally driven outside of the United States and Canada.

- The replacement of expendable maintenance items (such as filters, worn wiper blades, worn brakes, worn tires) when the replacement is not due to a defect in material or workmanship.
- The adding of any fluids unless they are needed as part of a warranty repair.
- Any car with an odometer that has been altered so that the actual mileage cannot be determined.
- Dealer-installed accessories not distributed by PCNA. (Refer to the Replacement Parts and Accessories Limited Warranty in this Booklet.)
- Wheel balancing and wheel alignment beyond the first three months of service unless part of a warranty repair.
- Unauthorized modifications or vehicles with total loss or salvage titles.
- Modifications not authorized by PCNA.
- Service adjustments (such as idle speed, brake, and headlight) beyond the first three months of service unless part of a warranty repair.
- Improper repairs by someone other than an authorized Porsche dealer of PCNA.
- Abuse, accident, acts of God, competition, racing, track use, or other events.
  **Note 1:** Components and/or parts that fail during racing or driving events (including Porsche sponsored events) may not be covered by the new car Limited Warranty.
  **Note 2:** You should also be aware that PCNA may deny you warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper maintenance or unapproved modifications.
- **It is normal for debris to collect around the sunroof opening. It is extremely important that you have the drains for the sunroof (as applicable based upon your Porsche Taycan model) cleaned at least annually, and more often if they begin to become clogged with debris. If you often park your vehicle outside or drive where there are many trees, more frequent cleaning will be required. Failure to keep sunroof drains clean could result in significant damage, including but not limited to water ingress, the repair of which would not be covered by your Porsche New Vehicle Limited Warranty. Please see your authorized Porsche dealer for details about having this work performed.**
- The outside of the underbody (floor pan) or any other part of the car except body panels.
- Paint damage caused by abuse or lack of proper maintenance.
- Environmental damage (such as that caused by acid rain or other industrial pollution, insect or bird droppings, tree sap, stones or other flying missiles, highway maintenance chemicals, flood, storm, and other forms of disaster).circumstances, pay for painting the entire car solely for paint color matching.)
- Paint damage caused by the application of unauthorized paint sealants or polymers. See your authorized Porsche dealer for details.

**Note: Your vehicle is a mechanical device. All mechanical devices make some sort of noise and/or vibration, and these noises and vibrations can differ from vehicle to vehicle. PCNA recognizes those noises as normal and characteristic of the product. Normal noises or vibrations as determined by PCNA can be anything from brake squeal to road vibration. Therefore, normal noise and/or vibration and/or deterioration as determined by PCNA or its representative are not covered by our New Car Limited Warranty.**

**Your Responsibility for Using Appropriate Replacement Parts**
PCNA recommends only the use of parts supplied by PCNA. The use of replacement parts not supplied by PCNA may void some or all of your car's limited new car warranty. If a replacement part that PCNA did not supply is used in maintenance, repair, or modification of your car, and an authorized Porsche representative determines it is defective or not equivalent to the original part, your claim for warranty repair or some or all of your car's limited new car warranty may be voided.

**Your Responsibility for Maintenance**
You must maintain your Porsche automobile according to the Maintenance Schedule in the Maintenance Booklet and the Car Care Instructions in the Owner's Manual and keep the receipts as proof of maintenance.

**Your Responsibility for Normal Vehicle Use**
Your Owner's Manual (which includes specific recommendations against using your car in certain ways) was written with the assumption that you will use your car only in ways for which it was designed:

- To carry passengers and cargo within specified load limits. (The load limits are specified on labels located on your Porsche Taycan vehicle. Your Owner's Manual gives the locations of the label.)
- To be driven on reasonable road surfaces within legal speed limits. Porsche Guidelines specify reasonable mileage to be at least 15 miles / 24 kilometers per day or 6000 miles / 9600 kilometers per rolling 12 months.
- If you do not plan to drive your Taycan regularly, or plan not to drive it for several weeks, it is recommended that the vehicle be left plugged into the home charger when not using it.  This enables the vehicle to maintain a charge level that helps maintain Battery performance over time.
- To be properly maintained according to the Maintenance Schedule in the Maintenance Booklet and Car Care Instructions in your Owner's Manual. You must keep the receipts as proof of maintenance.

You are responsible for presenting your Porsche Taycan automobile to an authorized Porsche dealer as soon as a problem exists. Failure to do so could result in consequential damage that may not be covered by your New Car Limited Warranty.

6

## High-Voltage Battery Coverage

The Porsche Taycan high-voltage battery is covered against defects in materials or workmanship for a period of 8 years/100,000 miles and against excessive loss of capacity, as defined below.

### Excessive Loss of Capacity

If a capacity measurement performed at a Porsche authorized dealer shows, at the times specified below, that net battery capacity is less than the percentages specified below (the "Warranted Value"), any percentage that falls below the relevant Warranted Value constitutes "excessive loss of capacity":

- 100% of net battery capacity on the date the car is first delivered to the first retail purchaser or the date it is first used as a demonstrator, lease, or company car, whichever comes first.
- 80% of net battery capacity within the first 3 years/37,500 miles, whichever occurs first.
- 70% of net battery capacity within the first 8 years/100,000 miles, whichever occurs first.

### Battery Repair or Replacement

If the high-voltage battery requires warranty repair, PCNA will repair the unit or replace it with a new, reconditioned, or remanufactured part at the sole discretion of PCNA. The measurement method used to determine net battery capacity and the decision of whether to repair, replace, or provide reconditioned or remanufactured parts, and the condition of any such replaced, reconditioned, or remanufactured parts, are at the sole discretion of PCNA.

The warranty repair or replacement may not restore the vehicle to a "like new" condition or return the net battery capacity to 100%. When repairing or replacing a high-voltage battery, PCNA will ensure that the energy capacity of the repaired or replacement high-voltage battery is at least the Warranted Value, as defined above.

You are required to provide the Porsche authorized dealer consent to access data stored on vehicle systems for the purpose of vehicle diagnosis and repair. Failure to do so will result in denial of warranty coverage.

**Note:** The vehicle's range estimates are an imperfect measure of net battery capacity because the vehicle's range is affected by additional factors separate from battery capacity. Additionally, the performance and durability of the high-voltage battery is temperature-dependent. Colder temperatures will lower the battery's capacity and the vehicle's range. Extreme high and/or low temperatures will impact the battery's service life.

### This Warranty Does Not Cover:

In addition to the limitations described in this New Car Limited Warranty, this high-voltage battery warranty does not cover any damage to, malfunction of, or excessive loss of capacity of the high-voltage battery directly or indirectly caused by, due to, or resulting from abuse, misuse, negligence, accident, improper maintenance, operation, storage, or transport, including but not limited to any of the following:

- Permanently removing the high-voltage battery from the vehicle or opening its case improperly and no longer operating the battery in combination with the vehicle.
- Failure to observe the provisions relating to the operation, treatment and care of the vehicle (including information regarding the care and charging of the high-voltage battery) set out in the Owner's Manual.
- The vehicle was subjected to improper treatment or excessive demands (e.g., using the vehicle in motorsport competitions) or otherwise overstraining or overloading the vehicle.
- The high-voltage battery has come into direct contact with open flame.
- The high-voltage battery has been immersed in water or fluids.
- The high-voltage battery has been cleaned with high-pressure jet or steam cleaners or aggressive liquids have been used on it.
- The high-voltage battery was damaged by outside or external influences (e.g., as a result of an accident, hail, flood).
- Failure to notify PCNA of any defect without undue delay.
- Failure to give PCNA an opportunity to rectify defects without undue delay, despite having been requested to do so.
- Subjecting the vehicle to improper repairs, improper maintenance or improper care, unless this was done by an authorized Porsche dealer when providing a warranty service.

- Parts were installed in, or fitted to, the vehicle, the use of which had not been approved by the PCNA, or the vehicle was modified in a manner not approved by PCNA (e.g., tuning).
- Exposing the vehicle to ambient temperatures above [temperature] for over [insert] days.
- Storing the vehicle in temperatures below [temperature] for over [insert] days.
- Leaving the vehicle for over 14 days where the lithium-ion battery reaches a zero or near zero state of charge.
- Physically damaging the high-voltage battery or intentionally attempting, either by physical means, programming, or other methods, to extend (other than as specified in your Owners' Manual and any documentation provided by PCNA) or reduce the life of the high-voltage battery.
- Neglecting to follow correct charging procedures.
- Use of incompatible charging devices.

The high-voltage battery, like all lithium-ion batteries, is subject to normal wear and tear caused by physical and chemical factors over its useful life.  As a result, the high-voltage battery will experience gradual energy or power loss with time and use.  Such loss of energy or power over time or due to or resulting from battery usage is NOT covered under this New Car Limited Warranty, except to the extent specified in the High-Voltage Battery Coverage.

### Your Responsibility for Normal Use

Your Owner's Manual (which includes specific recommendations against using your car in certain ways) was written with the assumption that you will use your car only in ways for which it was designed.  Please refer to your Owner's Manual for important information on how to maximize the life and capacity of the high-voltage battery.

## Corrosion Perforation Limited Warranty

This warranty is given to the owner of a Porsche Taycan automobile distributed by PCNA and sold by an authorized Porsche dealer in the United States. Only the owner of the car is entitled to coverage and reimbursement under this warranty; this right cannot be transferred to anyone else (such as an insurance company).

### Time and Mileage Period

This warranty begins on the same date as the New Car Limited Warranty, and continues for 12 years with no mileage limit. Any parts repaired or replaced under this warranty are covered only for the remainder of this warranty.

### Warranty Coverage

PCNA will repair or replace with new parts distributed by PCNA, at its sole option, any original body panels, including those repaired or replaced under this warranty, that are rusted completely through from the inside out (perforated by corrosion). The owner will not be charged for material and labor. All parts replaced under this warranty become the property of PCNA.

## Porsche 24-hour Roadside Assistance Program

PCNA is committed to the premise that owning a Porsche will be as satisfying as driving a Porsche. To enhance your ownership experience, PCNA provides complimentary coverage in the Porsche Roadside Assistance program for the duration of your New Car Limited Warranty or Porsche Approved Certified Pre-Owned Limited Warranty period. Our team of trained and qualified Roadside Assistance professionals is available 365 days a year to assist in determining the best service option for your situation. Roadside Assistance, teamed with its comprehensive nationwide towing network, brings you world-class assistance, anywhere in the United States or Canada. We know that you take pride in your Porsche, and authorized Porsche dealers are committed to the care of your exceptional vehicle. In many situations preventive care could be the key to avoiding a need for emergency assistance. Adhering to your vehicle's regular maintenance schedule, keeping the high-voltage battery charged when your vehicle is not driven on a regular basis, and checking tire pressure frequently, will help you avoid those times when it may be necessary to call Porsche Roadside Assistance.

8

**Porsche Roadside Response**

In certain metropolitan markets, Roadside Assistance includes mobile dealer Roadside Response teams that can be quickly dispatched and are equipped to assist with certain services. Porsche Roadside Assistance will screen each service request to determine whether the circumstances can be handled by a dealer Roadside Response team or if the vehicle will need to be transported to the nearest dealer. [1]

The Porsche Roadside Assistance program offers the following services:
- Out of Charge Service
- Emergency towing
- Flat tire assistance
- Lock-out assistance
- Extrication/winch service
- Trip interruption reimbursement

Roadside Response teams are equipped to assist with:
- Flat Tire assistance — install puncture repair system, operator's spare tire or dealer's loaner spare tire
- Lock-out assistance

**Out of Charge Service**

If your vehicle is out of charge, we will work with you to find a convenient location to have your vehicle towed to within a 50 mile radius for charging.

If a mechanical problem is suspected, your car will be towed to the nearest authorized Porsche dealership as described in Emergency Towing.

**Emergency Towing**

If your Porsche vehicle becomes disabled due to a warrantable mechanical breakdown, your vehicle will be transported to the nearest Porsche dealership. However, you may request that your Porsche vehicle be taken to a different Porsche dealership, as long as that dealership is within a 50 mile/80 kilometer radius of your breakdown location.

---

[1] Roadside Response repairs may involve additional charges for parts and/or labor.

For security reasons, towing services cannot be provided to an unattended vehicle. Therefore, a licensed driver must be on the scene to meet the service provider.

If a breakdown occurs after normal business hours, and the servicing Porsche dealership does not have a secure storage lot, your Porsche will be stored in a secure location and transported to the dealership the next business day. Your vehicle must be located on or in an area immediately adjacent to a regularly traveled road that can be accessed with standard servicing equipment.

**Flat Tire Assistance**

Your tires have been designed specifically for your Porsche vehicle. They are identified by an N-specification (NF0, NF1, NF2) on the sidewall indicating that the tires have been tested and approved for release by the Porsche engineering department. When an N-spec tire becomes damaged it must be replaced and the tread depth of the undamaged tires should be examined.

Should a tire lose air, rendering your Porsche vehicle inoperable, there are several options to get you on your way. The Porsche Roadside Assistance professionals will help you determine the best servicing choice for your needs. Only in situations where the damage to the tire is beyond temporary repair will it be necessary to transport the vehicle to the nearest authorized Porsche dealership for tire replacement.

Should the tire event occur in excess of 100 miles from the nearest authorized Porsche dealership, the Porsche Roadside Assistance professionals are equipped to assist you in purchasing the correct replacement tire so that your vehicle may be transported to a Preferred Tire Installer in your area. Costs associated with the tire will be your responsibility; however, Porsche Roadside Assistance will cover expenses related to the tow.

In all situations N-spec tires are not repairable nor are they covered under the New Car Limited Warranty.

**Lock-out Service**

Should the key to your vehicle become locked inside, a qualified service provider will be dispatched to gain access to your vehicle.

**Lost or Stolen Key**

Should your key become lost or stolen, lock-out service can still be provided but every attempt should be made to obtain your spare key to avoid repair costs that are not covered by the Porsche Roadside Assistance. Consult your authorized Porsche dealer for more information.

**Extrication/Winch Service**

Service will be provided to extract your Porsche vehicle from mud, sand, snow, or a ditch.

**Trip Interruption**

If your Porsche vehicle becomes disabled more than 100 miles from your residence and causes an unexpected stay overnight, you may be eligible for reimbursement of your expenses of up to $250 USD per day for up to three days, up to a maximum of $750 USD per event including all taxes and surcharges and limited to reasonable expenses. This includes situations where the vehicle cannot be started or driven without causing damage and the local authorized Porsche dealership is not able to repair the problem the same day. Trip Interruption coverage includes reimbursement for:

- Meals
- Lodging
- Alternate transportation
- Car rental (in cities not serviced by an authorized Porsche dealer within 50 miles)

In certain situations, Trip Interruption reimbursement can be applied towards a vehicle reunite (returning your Porsche to your work or residence). Please contact 1-800-PORSCHE for prior authorization.

Please note that Trip Interruption reimbursement covers reasonable expenses incurred due to a warrantable mechanical failure only. Expenses related to tire and battery issues are not eligible for reimbursement.

**To Make a Claim for Trip Interruption**

You must contact Porsche Roadside Assistance for a reference number and instructions for reimbursement consideration within 24 hours of disablement. All claims must be submitted within thirty (30) days after the event, and must be accompanied by a brief summary of the incident, and original itemized receipts indicating amount paid, date, and name of service provider(s) to:

**Porsche Roadside Assistance – Trip Interruption**
PO Box 9145
Medford, MA 02155
Please allow 3-4 weeks for processing of your reimbursement.

**Limitations**

Every effort will be made to ensure the services you receive under the Porsche Roadside Assistance program are of the highest quality. All roadside services will be delivered to you through a comprehensive network of independent service operators.  However, since these operators are independent business people, Porsche Roadside Assistance cannot assume any liability for any loss, damage, or consequences resulting from the rendering of such service. Should your vehicle become disabled on a restricted highway, Porsche Roadside Assistance is limited in its ability to transport your vehicle. Once the vehicle has been moved to a non-restricted road, Porsche Roadside Assistance is able to complete the vehicle transport to an authorized Porsche dealer.

**Program Exclusions**

Specifically excluded from this coverage are:

- Vehicle abuse, vandalism, accidents, acts of God, competition racing or track use, or other events beyond the control of PCNA.
- Fines, taxes, or impound fees caused by a violation of local or state law.
- Expenses related to hazardous weather conditions (removal from snow, ice, etc.)
- Expenses for the removal of snow tires, and mounting or removal of snow chains.
- If your Porsche has aftermarket tires and/or wheels installed or has had the suspension modified, Porsche Roadside Assistance will assist in setting up transport of your vehicle, but this expense will not be covered under the Porsche Roadside Assistance program.

10



**Genuine Parts and Accessories**

12



### Two Year Unlimited Mileage Limited Warranty

Genuine Porsche parts are designed with such precision, with tolerances so incredibly tight, that Porsche confidently backs them with a Limited Warranty that's good for two full years and unlimited mileage. It includes both parts and labor at all authorized Porsche dealers and covers every genuine Porsche part we sell, when sold and installed by an authorized Porsche dealer. When it's your turn, don't settle for anything less than Genuine Porsche parts. For the name of your nearest authorized Porsche dealer, call 1-800-PORSCHE.

13

## Replacement Parts and Accessories
## Limited Warranty
This warranty is given to the owner of any Porsche replacement part or accessory distributed by PCNA and sold by any authorized Porsche dealer in the United States or Canada.

### Time and Mileage Period
Parts supplied by PCNA and purchased from and installed by an authorized Porsche dealer at time of purchase are covered for two years, unlimited mileage from the date installed, unless the repaired or replaced part is covered under the New Car Limited Warranty. Any repaired or replaced parts are covered only for the remainder of this warranty. All parts replaced under this warranty become the property of PCNA.

### Warranty Coverage
PCNA will arrange for repair or replacement using new or remanufactured parts distributed by PCNA, at its sole option, any part covered under this warranty that is defective in material or workmanship under normal use. Parts that were sold and installed by an authorized Porsche dealer will be repaired or replaced without charge either for parts or labor. If installed by anyone else, the cost of the replacement parts or accessories will be borne by PCNA (even in the case of emergency repair), but labor charges will be your responsibility. All parts supplied under this warranty will be supplied by PCNA and all parts replaced become the property of PCNA.

### Your Responsibility for Normal Vehicle Use
Your Owner's Manual (which includes specific recommendations against using your car in certain ways) was written with the assumption that you will use your car only in ways for which it was designed:
- To carry passengers and cargo within specified load limits. (The load limits are specified on labels located in different places depending on your model Porsche. Your Owner's Manual gives the locations.)
- To be driven on reasonable road surfaces within legal speed limits. Porsche Guidelines specify reasonable mileage to be at least 15 miles / 24 kilometers per day or 6000 miles / 9600 kilometers per rolling 12 months.
- If you do not plan to drive your Taycan regularly, or plan not to drive it for several weeks, it is recommended that the vehicle be left plugged into the home charger when not

using it. This enables the vehicle to maintain a charge level that helps maintain Battery performance over time.
- To be properly maintained according to the Maintenance Schedule in the Maintenance Booklet and Car Care Instructions in your Owner's Manual. You must keep the receipts as proof of maintenance.

You are responsible for presenting your Porsche vehicle to an authorized Porsche dealer as soon as a problem exists. Failure to do so could result in consequential damage that may not be covered by your limited factory warranty.

### This Warranty Does Not Cover:
- Clothing, luggage, leather, bicycles (see separate warranties at your authorized Porsche dealer).
- Parts installed in vehicles for racing, competition, or track use.
- Batteries damaged from storage, lack of normal vehicle use, or non-Porsche approved electrical or accessory installation.
- Parts for which proof of purchase date, installation date and vehicle mileage at the time of installation are not presented.
- Parts considered normal maintenance items (such as brake pads, linings, clutch discs, tires, exhaust systems, shocks, struts, wiper blades, trim, decals, foil, mirror/car cover, bras, paint, etc.) unless they are defective in material or workmanship.
- Parts replaced under the New Car Limited Warranty, or parts covered under other warranties.
- Normal wear, adjustments, or deterioration of any part.
- Parts installed in a car with an odometer that has been altered so that the actual mileage cannot be determined.
- Improper repairs causing damage to the vehicle, its engine, or parts.
- Abuse, accident, acts of God, or other events beyond the control of PCNA, competition, racing, or track use.
- Tires damaged by premature wear.
  **Note:** Porsche's race-bred heritage demands that tires are an integral part of the vehicle suspension, braking, and active safety systems. As a result, all Porsche vehicles are equipped with tires designed for higher performance than those found on other passenger vehicles. While tire wear varies with vehicle operation, high performance tires like these are designed to assist the vehicle's suspension in delivering increased

cornering forces and better handling. They may exhibit increased wear characteristics when compared to tires on other passenger vehicles. Consult your Owner's Manual for information concerning the proper care and selection of your tires. Refer to the Porsche Tire Information Guide for additional information.

- **Your vehicle is a mechanical device. All mechanical devices make some sort of noise and/or vibration, and those noises and vibrations can differ from vehicle to vehicle. PCNA recognizes those noises as normal and characteristic of the product. Normal noises or vibrations as determined by PCNA can be anything from brake squeal to road vibration. Therefore, normal noise and/or vibration and/or deterioration as determined by PCNA or its representative is not covered by our warranty.**

### Your Responsibility for Using Appropriate Replacement Parts

PCNA recommends only the use of parts supplied by PCNA. The use of replacement parts not supplied by PCNA may void some or all of your car's limited new car warranty. If a replacement part that PCNA did not supply is used in the maintenance, repair or modification of your car, and an authorized Porsche representative determines it is defective or not equivalent to the original part, your claim for warranty repair or some or all of your car's limited new car warranty may be voided.

### To Get Warranty Service

The defective part, or the car in which it is installed, must be returned by the purchaser to an authorized Porsche dealer during normal service hours. You must provide a receipt that shows proof of purchase for the part, as well as the installation date and the mileage at the time of installation. If the car is not driveable because of a defect in the workmanship or materials covered by this warranty, call the nearest authorized Porsche dealer for assistance.

If you cannot get warranty service, or you are dissatisfied with the service or with a warranty decision, refer to the Customer Information section in this Booklet.

### This Warranty Does Not Cover:

- Rusting of the outside of the underbody (floor pan) or any other part of the car except body panels.
- Rusting of body panels that were replaced, repaired, or refinished after the car was first sold at retail, other than genuine Porsche parts supplied by an authorized Porsche dealer.
- Body panel rust caused by abuse or lack of maintenance.
- Improper paint/accident repair.
- Environmental damage such as that caused by acid rain or other industrial pollution, insect or bird droppings, tree sap, stones or other flying objects, highway maintenance chemicals, flood, storm, and other forms of disaster.
- Accident, acts of God, or other events beyond the control of PCNA, collision damage, abuse or repairs.
- Paint matching. (PCNA reserves the sole right to decide whether painting the repaired or replaced panel to match the original finish is practicable. PCNA will not, under any circumstances, pay for painting the entire car solely for paint color matching.)
- Unauthorized modifications or vehicles with salvage titles.

### To Get Warranty Service

You must take your Porsche vehicle to an authorized Porsche dealer during normal service hours.

If you cannot get warranty service, or you are dissatisfied with the service or with a warranty decision, refer to the customer information section in this Booklet.

### Your Responsibility for Maintenance

You must maintain your Porsche vehicle according to the Appearance Care and the Car Care Instructions in the Owner's Manual.

### Your Responsibility for Normal Vehicle Use

Your Owner's Manual (which includes specific recommendations against using your car in certain ways) was written with the assumption that you will use your car only in ways for which it was designed:

- To be properly maintained according to the Maintenance Schedule in the Maintenance Booklet and Car Care Instructions in the Owner's Manual.

15

16

**Customer Information**

**Please read this document. It contains important information for resolving your Porsche vehicle concerns and disputes.**

17

## Owner Satisfaction

Thank you for your purchase! We at PCNA are dedicated to providing you with a Porsche vehicle which is up to our high quality standards so that you might enjoy driving in its finest form.

It is very important to us that you are satisfied with your Porsche vehicle. Authorized Porsche dealers are trained to help you. Generally, any problems can be solved most effectively by speaking with dealership personnel.

We realize that misunderstandings may occur, questions may be left unanswered, or expectations may not be met completely.

**We suggest following this step by step procedure to resolve your concerns:**

**1.** Take your issue to the authorized Porsche dealership's Service Manager. He/She is the person in charge of the Service Department. Attempt to resolve your concerns there first. Normally, any misunderstandings can be

resolved by involving the appropriate dealership department manager.

**If you are still not satisfied and if you feel further review is required,**

**2.** Arrange to speak with the General Manager. He/She is directly responsible for the entire dealership.

**3.** In the event that you brought your vehicle in to an authorized Porsche dealer on two or more occasions for the same problem and the problem has not been repaired, contact Porsche Customer Relations at 1-(800)-PORSCHE.

If you feel that a decision made by the Porsche Customer Relations Staff is not appropriate, you may:

**4.** Request a review by Porsche's alternative dispute resolution program. We have established this program because we want you to feel that you have been treated fairly.

PCNA provides an alternate dispute resolution mechanism through CAP-Motors, administered through DeMars & Associates, Ltd. A brief description of the program is on page 1 of this booklet. CAP-Motors may be reached at 1 (800) 279-5343.

Should you have any concerns or questions regarding your Porsche automobile after you have contacted your local Porsche dealer, please contact Porsche's Customer Relations department, which you may call, toll-free at 1-(800)-PORSCHE or:

**Porsche Cars North America, Inc.**
Attn. Customer Relations
One Porsche Drive
Atlanta, Georgia 30354

# Porsche Owners Arbitration Information

**To Our Customers:**

PCNA has a commitment to you and your satisfaction. From your first phone call or visit to the dealership, through the purchase and delivery of your new Porsche vehicle, and to aftersales service, your satisfaction is our number one objective.

If you should experience a problem which has not been resolved to your satisfaction through Porsche's authorized dealers or Customer Relations Department, additional assistance may be available through the CAP-Motors customer arbitration program.

CAP-Motors will attempt to resolve your complaint by serving as an intermediary between you and PCNA. If that does not resolve your dispute and your claim is eligible for arbitration, you may present your case to an arbitrator who will render a decision about your claim. CAP-Motors' decision is binding on PCNA but not on you.

**What is CAP-Motors?**

CAP-Motors is an independent third party dispute resolution mechanism, administered by DeMars & Associates, Ltd. The CAP-Motors program resolves individual disputes involving Porsche's product reliability or warranty performance concerning your Porsche vehicle. CAP-Motors staff is trained to gather information pertinent to your dispute. If appropriate, an independent technical expert will inspect your vehicle and a volunteer CAP-Motors arbitrator will render a decision with respect to your dispute.

**What types of disputes are eligible?**

CAP-Motors arbitrates disputes involving Porsche's product reliability or warranty performance concerning your Porsche vehicle.

You must file a request for mediation/arbitration with CAP-Motors within the time period for pursuing a claim under the applicable state motor vehicle warranty law, provided the concern or alleged defect was brought to the attention of PCNA or one of its dealers during the eligibility period.

**How does the arbitration process work?**

When you contact CAP-Motors, your claim will be forwarded to PCNA for response. If your claim is eligible for arbitration, an in-person arbitration hearing will be held at a mutually agreed upon date and time.

All relevant evidence will be admissible at the hearing. You and PCNA will be allowed to present each side of the dispute to the arbitrator. Both parties will be allotted sufficient time to give testimony and provide documents. Then you and Porsche will be given additional time for rebuttal. The arbitrator will render a decision within 10 business days of the hearing.

19

**How long is the arbitration process?**

The entire process, from the time CAP-Motors receives your request for mediation/arbitration to the arbitrator's decision, is designed to take no more than 40 days. In some cases a decision may be delayed because of:

S Your failure to provide certain information required by CAP-Motors.
S Your failure to contact PCNA about your dispute before requesting arbitration.

**How much will it cost?**

There is no charge to you for submitting your dispute to CAP-Motors. You may obtain copies of your case from CAP-Motors for a nominal fee.

**WHEN TO USE THE CAP-MOTORS CUSTOMER ARBITRATION PROGRAM:** You must use CAP-MOTORS if you are required to do so prior to seeking remedies available under the "Lemon Law" of your state. See the appropriate page in this booklet for specific requirements applicable in your state. However, if your state law permits, you are not required to use CAP-MOTORS although that option is still available to you.

**How to request arbitration?**

You may file a claim at any time by contacting CAP-Motors at the following toll-free number: 1 (800) 279-5343. For further information, you may also write to:

**Consumer Arbitration Program for Motor Vehicles**
P. O. Box 925
Haslet, TX 76052-0925
1 (800) 279-5343.

You will need to provide the following information:

S Name and address.
S Vehicle year, make, model, vehicle identification number (VIN), mileage, and date of purchase.
S Copy of your sales contract.
S A brief description of your complaint and the actions you have taken to resolve it.
S Enclose copies of invoices with your request for arbitration if you are seeking reimbursement for repairs or related incidental expenses.
S Enclose a copy of your vehicle registration.
S What action or remedy would resolve your problem.

**What types of decisions are rendered, and how do I know if PCNA will abide by the CAP-Motors decision?**

CAP-Motors arbitrators base their decisions on what they believe to be fair and appropriate under the circumstances, and what could be awarded under applicable law. Remedies include, but are not limited to, repairs, reimbursement for repair or incidental expenses, such as towing costs, or replacement or repurchase of your vehicle if the claim qualifies under the applicable "Lemon Law". CAP-Motors' decision is binding on Porsche, but not on you, the customer. Porsche must comply with the decision within 30 days after it is accepted by you.

CAP-Motors will contact you within 10 working days of scheduled performance to ensure that PCNA has complied with the decision in a timely manner.

**Are there limits on the scope of the CAP-Motors decision?**

CAP-Motors decisions will not include: Attorney Fees; Punitive Damages; Multiple Damages; or Consequential Damages, unless state laws require.

**What other recourse do I have available?**

If you are dissatisfied with the arbitrator's decision or PCNA's performance, you may pursue any other legal remedies which you may have, including small claims court. You should be aware that the arbitration findings may be admissible as evidence in any subsequent legal proceedings concerning your dispute. This description of the CAP-Motors program is based upon the program at the time of publication. The program is subject to change without further notice. Contact CAP-Motors directly for the most current information concerning the Customer Arbitration Program.

# General Information

**Consumer - State/Laws**

Some states have passed laws which give new car buyers certain rights. Although these laws vary from state to state, they generally require that if a new car has a major defect (e.g., one that substantially impairs its use, value, or safety which cannot be repaired in a reasonable time, the owner can request a replacement or a refund. Usually, the defect must occur within the first year. The repair attempts or days out of service and time period vary depending on your state's law. Refer to your respective state listing on the following pages for additional information.

There may be other considerations and terms in these laws. We recommend that  you check your own state law if the need arises. Further notices for various states are contained later in this booklet. Our intent is for you to be satisfied  with your Porsche vehicle. If you have any questions or problems, please contact your authorized Porsche dealer first, then Porsche Customer Relations at 1-800-PORSCHE.

**Dispute Resolution**

Generally, before making a request for a replacement or refund, we encourage the owner to submit a written explanation of the problem to Porsche Customer Relations and give the dealer and PCNA an opportunity to resolve it. If we are not successful, you may ask to submit the dispute to the CAP-Motors arbitration program. See the address and telephone number listed on page 32 of this booklet for information on how to submit your dispute to this program.

21

**Bring Your Car in for Service**

Always carry this Warranty Booklet, the Emissions Parts Warranty Brochure and your Maintenance Booklet with you when you take your Porsche vehicle to an authorized dealer for service. The Booklets provide the dealer service staff with the information they need and enable them to record each service which is vital to proper warranty decision making.

**Selling Your Porsche Vehicle**

If you sell your Porsche vehicle, the Owner's Manual, Warranty, and Maintenance Booklets should be left in the vehicle to make all operating safety and maintenance information available to the next owner.

**Address Changes**

If you change your address, or if you bought this Porsche vehicle used, be sure to send in a Notice of Address Change/Notice of Used Car Purchase postcard. This card can be found at the back of this booklet or obtained from any authorized Porsche dealer. You may also write to us directly at the address on the inside front cover of this booklet.

## Notice To All Consumers

Porsche Cars North America, Inc. (PCNA) is proud of its commitment to quality and workmanship, and most important of all, customer satisfaction.

The statements applicable to specific states are contained, alphabetically by the state, in this section. If you reside in one of the states listed below, we encourage you to review the information provided.

| California | Maine | Ohio |
| Colorado | Maryland | Pennsylvania |
| Connecticut | Massachusetts | Rhode Island |
| Florida | Minnesota | South Carolina |
| Georgia | Montana | Tennessee |
| Hawaii | New Hampshire | Texas |
| Illinois | New Jersey | Vermont |
| Indiana | New Mexico | Virginia |
| Iowa | New York | West Virginia |
| Kansas | North Carolina | Wisconsin |

Should you experience a problem with your Porsche vehicle, we recommend that you follow the steps listed in the Owner Satisfaction section and review the information on your specific state as these steps will provide the quickest and fairest solution. Most of all, be assured that PCNA is committed to making your ownership experience as satisfying as the Porsche driving experience.

22

## Notice to Consumers
## State of California

We at PCNA are proud of our commitment to quality and workmanship, and you, our customer.

1. PCNA utilizes the California Consumer Arbitration for Motor Vehicles Program (CA/CAP-Motors), administered by DeMars & Associates, Ltd., a nationally recognized, independent third party mediation/arbitration administrator (P. O. Box 925, Haslet, TX 76052-0925). CA/CAP-Motors and PCNA have been certified by the Arbitration Certification Program of the California Department of Consumer Affairs.

2. If you have a problem arising under a PCNA written warranty, we encourage you to bring it to our attention. If we are unable to resolve it, you may file a claim with CA/CAP-Motors. Claims must be filed with CA/CAP-Motors within six (6) months after the expiration of the warranty.

3. To file a claim with CA/CAP-Motors, call 1 (800) 279-5343. There is no charge for the call.

4. In order to file a claim with CA/CAP-Motors, you will have to provide your name and address, the brand name and vehicle identification number (VIN) of your vehicle, and a statement of the nature of your problem or complaint. You will also be asked to provide the approximate date of your acquisition of the vehicle, the vehicle's mileage, the approximate date and mileage at the time any problem(s) were first brought to the attention of PCNA or one of our Porsche dealers, and a statement of the relief you are seeking.

5. CA/CAP-Motors staff may try to help resolve your dispute through me-diation. If mediation is not successful, or you do not wish to participate in mediation, claims within the program's jurisdiction may be presented to an arbitrator at an informal hearing. The arbitrator's decision should ordinarily be issued within 40 days from the time your complaint is filed; there may be a delay of seven days if you did not first contact PORSCHE about your problem, or a delay of up to 30 days if the arbitrator requests an inspection/report by an impartial technical expert or further investigation and report by CA/CAP-Motors.

6. California Civil Code Section 1793.2(d) requires that if PCNA or its representative is unable to repair a new motor vehicle to conform to the vehicle's applicable express warranty after a reasonable number of attempts, PCNA may be required to replace or repurchase the vehicle. California Civil Code Section 1793.22(b) creates a presumption that PCNA has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first:

23

1) the same nonconformity (a failure to conform to the written warranty that substantially impairs the use, value, or safety of the vehicle) has been subject to repair four or more times by PORSCHE or its representatives, and the buyer or lessee has at least once directly notified PORSCHE of the need for repair of the nonconformity; or, 2) the same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven, and the nonconformity has been a subject of repair two or more times by PORSCHE or its agent, and the buyer or lessee has at least once directly notified PORSCHE of the need for repair of the nonconformity; or, 3) the vehicle is out of service by reason of the repair of nonconformities by PORSCHE or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer or lessee. Notice to Porsche as required above shall be sent to the following address:

**PORSCHE CARS NORTH AMERICA, INC.**

Attn: Customer Relations
One Porsche Drive
Atlanta, Georgia 30354

7. The following remedies may be sought through CA/CAP-Motors: repairs, reimbursement for money paid to repair a vehicle or other expenses incurred as result of a vehicle nonconformity, repurchase or replacement of your vehicle, and compensation for damages and remedies available under PORSCHE's written warranty or applicable law.

8. The following remedies may **not** be sought through CA/CAP-Motors: punitive or multiple damages, attorney's fees, or consequential damages other than as provided in California Civil Code Section 1794(a) and (b).

9. You may reject the decision issued by an CA/CAP-Motors arbitrator. If you reject the decision, you will be free to pursue further legal action. The arbitrator's decision and any findings will be admissible in a court action.

10. If you accept the arbitrator's decision, PORSCHE will be bound by the decision, and will comply with the decision within a reasonable time not to exceed 30 days after we receive notice of your acceptance of the decision.

11. Please call CA/CAP-Motors for further details about the program.

## Notice to Consumers
## State of Colorado

We at PCNA are proud of our commitment to quality and workmanship, and you, our customer.

If you should have any concerns or questions regarding your Porsche vehicle after you have contacted your local Porsche dealer, please contact the Porsche Corporate Office located at:

**PORSCHE CARS NORTH AMERICA, INC.**

Attn: Customer Relations
One Porsche Drive
Atlanta, Georgia 30354

On July 1, 1984, a law that defines consumers' rights under the new vehicle warranty became effective in the State of Colorado.

**In order to exercise your rights under this law, you must notify PORSCHE CARS NORTH AMERICA, INC., in writing by certified mail.**

We have enclosed a notification form on the following page to assist you in contacting PORSCHE CARS NORTH AMERICA, INC.

25

26

**Notification to Porsche Cars North America, Inc.**
**State of Colorado**

Name: _____

Address:_____
     (street

_____
(city               (state       (zip

Phone:_____
                (home

_____
                (business
Email:_____@_____

Vehicle Information: _____  _____
                (model)          (year)

VIN Number:_____

S Date of Purchase:_____

S Mileage: _____

Servicing Dealer:_____

S Number of days vehicle has been out of service: _____

S Number of times the dealer has attempted to repair the same condition:

_____

S Description of condition:

_____

_____

_____

_____

_____

_____

_____

This form must be sent via Certified Mail to:


**Porsche Cars North America, Inc.**
Attn: Customer Relations
One Porsche Drive
Atlanta, Georgia 30354

## Notice to Consumers
## State of Connecticut

We at PCNA are proud of our commitment to quality and workmanship, and you, our customer.

If the new motor vehicle you have purchased does not conform to the manufacturer's express warranty, you may be entitled under state law to a replacement or compensation. However, **IN ORDER TO EXERCISE YOUR RIGHTS, YOU MUST FIRST REPORT THE CONDITION IN WRITING TO PORSCHE CARS NORTH AMERICA, INC. AT ONE PORSCHE DR., ATLANTA, GEORGIA, 30354, ATTN: CUSTOMER RELATIONS DEPARTMENT.**

PORSCHE CARS NORTH AMERICA, INC., offers its customers third party arbitration through CAP-Motors, administered by DeMars & Associates, Ltd., a complaint resolution service.

For additional information about CAP-Motors, review page 1 of this booklet, or contact CAP-Motors directly at the address or toll-free telephone number also found on page 1.

## Notice to Consumers
## State of Florida

We at PCNA are proud of our commitment to quality and workmanship, and you, our customer.

If the new motor vehicle you have purchased or leased does not conform to the manufacturer's express warranty, you may be entitled under the Florida Motor Vehicle Warranty Enforcement Act to a replacement or refund.

**TO EXERCISE YOUR RIGHTS, YOU FIRST MUST NOTIFY: PORSCHE CARS NORTH AMERICA, INC., ONE PORSCHE DR., ATLANTA, GEORGIA, 30354, ATTN: CUSTOMER RELATIONS, BY CERTIFIED OR EXPRESS MAIL** of the need to repair the defect or condition. **The MOTOR VEHICLE DEFECT NOTIFICATION FORM** is provided to you in the pamphlet "Consumer Guide to the Florida Lemon Law" found in the glove compartment of your vehicle and mailed to you by the State of Florida.

**YOU MUST USE CAP-MOTORS, THE CUSTOMER ARBITRATION PROGRAM, ADMINISTERED BY DEMARS & ASSOCIATES, LTD., PRIOR TO SEEKING REMEDIES AVAILABLE UNDER FLORIDA MOTOR VEHICLE WARRANTY ENFORCEMENT ACT.**

For additional information about CAP-Motors, review page 6 of this booklet, or contact CAP-Motors directly at the address or toll-free telephone number found on page 1 of this booklet.

## Notice to Consumers
## State of Georgia

We at PCNA are proud of our commitment to quality and workmanship, and you, our customer.

If this vehicle does not conform to its applicable warranties and Porsche Cars North America, Inc., or its dealers have not repaired the vehicle after a reasonable number of repair attempts, or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of the Georgia "Lemon Law" to a replacement or repurchase of the vehicle. CAP-Motors is a third-party arbitration service.

For additional information about arbitration, review page 1 of this booklet, or contact CAP-Motors directly at the address or toll-free number indicated on page 2 of this booklet.

In addition, in order to seek remedies under your state Lemon Law, you must first:

1)Notify Porsche Cars North America, Inc. by certified mail, return receipt requested, of the problem with your vehicle, and
2) Provide Porsche Cars North America, Inc. an opportunity to repair it.

Should you have any concerns or questions regarding your Porsche vehicle after you have contacted your local Porsche dealer, please contact Porsche Cars North America, Inc. at the address or toll-free telephone number indicated on the inside front cover of this booklet.

**In order to exercise your rights under this law, you must notify Porsche Cars North America, Inc. in writing by certified mail.**

31

## Notice to Consumers
## State of Hawaii

We at PCNA are proud of our commitment to quality and workmanship, and you, our customer.

If the new motor vehicle you have purchased or leased does not conform to the manufacturer's express warranty, you may be entitled under the laws of the State of Hawaii to a replacement or refund.

However, **in order to exercise your rights, you must first report the condition in writing Porsche Cars North America, Inc. Before you may bring any action in a court, you must first resort to the informal dispute resolution mechanism provided by the state of Hawaii.**

32

## Notice to Consumers
## State of Illinois

We at PCNA are proud of our commitment to quality and workmanship, and you, our customer.

If the new motor vehicle you have purchased does not conform to the manufacturer's express warranty, you may be entitled to a replacement or refund under the Illinois New-Car Buyer Protection Act.

If, during one (1) year following delivery or 12,000 miles of use, whichever occurs first, there have been four or more unsuccessful attempts to repair the same nonconformity, or the vehicle has been out of service for repair of nonconformities for a total of thirty (30) or more business days, you may be entitled to a new (or comparable) replacement vehicle or, upon return of the car, to a refund of the full purchase price including all collateral charges, less an allowance for your actual use.

**IN ORDER TO EXERCISE THESE LEGAL RIGHTS, YOU MUST FIRST REPORT THE CONDITION IN WRITING TO PORSCHE CARS NORTH AMERICA, INC., AND PROVIDE PORSCHE CARS NORTH AMERICA, INC. WITH AN OPPORTUNITY TO CORRECT THE ALLEGED DEFECT.**

## Notice to Consumers
## State of Indiana

We at PCNA are proud of our commitment to quality and workmanship, and you, our customer.

If the new motor vehicle you have purchased does not conform to the manufacturer's express warranty, you may be entitled under state law to a replacement or to compensation. However, **IN ORDER TO EXERCISE YOUR RIGHTS, YOU MUST FIRST REPORT THE CONDITION IN WRITING TO PORSCHE CARS NORTH AMERICA, INC., AT THE ADDRESS INDICATED ON THE INSIDE FRONT COVER OF THIS BOOKLET.**

Porsche Cars North America, Inc., offers its customers third party arbitration through CAP-Motors, administered by DeMars & Associates, Ltd., a complaint resolution service.

For additional information about CAP-Motors, review page 1 of this booklet, or contact CAP-Motors directly at the address or toll-free telephone number found on page 1 of this booklet.

34

## Notice to Consumers
## State of Iowa

We at PCNA are proud of our commitment to quality and workmanship, and you, our customer.

The purchaser of this new car is protected under the warranty provisions of Iowa Statutes.

**"The purchaser or lessee of this vehicle is protected under the warranty of the Warranty Provisions of 1991 Iowa Acts, House File 566, commonly referred to as the "Lemon Law".**

**IF THIS VEHICLE FAILS TO CONFORM TO THE MANUFACTURER'S EXPRESS WARRANTY DURING THE TERM OF THE WARRANTY, THE FIRST TWO YEARS OF OWNERSHIP, OR THE FIRST 24,000 MILES, WHICHEVER EXPIRES FIRST, AND THE NONCONFORMITY SUBSTANTIALLY IMPAIRS THE VEHICLE, YOU MAY QUALIFY FOR A REFUND OR REPLACEMENT OF THIS VEHICLE. CONTACT THE MANUFACTURER OF THE VEHICLE BY CERTIFIED, REGISTERED OR OVERNIGHT MAIL IF YOU BELIEVE THE VEHICLE FAILS TO CONFORM TO THE MANUFACTURER'S EXPRESS WARRANTY.**

**FOR FURTHER INFORMATION REGARDING YOUR RIGHTS AND OBLIGATIONS UNDER THE LEMON LAW, CONTACT THE CONSUMER PROTECTION DIVISION OF THE IOWA ATTORNEY GENERAL'S OFFICE AT: CONSUMER PROTECTION DIVISION, 1305 EAST WALNUT STREET, DES MOINES, IOWA 50319, OR TELEPHONE (515) 281-5926.**

**PORSCHE CARS NORTH AMERICA'S ADDRESS AND PHONE NUMBER WHERE A CLAIM MAY BE FILED BY THE CONSUMER IS INDICATED ON THE INSIDE FRONT COVER OF THIS BOOKLET.**

**PORSCHE CARS NORTH AMERICA, INC., USES CAP-MOTORS, ADMINISTERED BY DEMARS & ASSOCIATES, LTD., IN THE STATE OF IOWA.  CONSUMERS WHO WISH TO SEEK A REFUND OR REPLACEMENT UNDER IOWA'S STATE LEMON LAW MUST FIRST RESORT TO THIRD PARTY ARBITRATION THROUGH CAP-MOTORS. HOWEVER, IF YOU CHOOSE TO SEEK REMEDIES WHICH ARE NOT CREATED BY EITHER THE IOWA LEMON LAW OR THE MAGNUSON–MOSS WARRANTY ACT, YOU NEED NOT USE CAP-MOTORS, ALTHOUGH THAT OPTION IS STILL AVAILABLE TO YOU.**

## Notice to Consumers
## State of Kansas

We at PCNA are proud of our commitment to quality and workmanship, and you, our customer.

If the new motor vehicle you have purchased or leased does not conform to the manufacturer's express warranty, you may be entitled under state law to a replacement or refund.

Porsche Cars North America, Inc. offers its customers third party arbitration through CAP-Motors, administered by DeMars & Associates, Ltd., a complaint resolution service. For additional information about CAP-Motors, review page 1 of this booklet, or contact CAP-Motors directly at the address or toll-free telephone number found on page 7 of this booklet.

The seat belts in Porsche vehicles originally sold in the State of Kansas are covered under the New Vehicle Limited Warranty for a period of 10 years, regardless of mileage, when the repairs are performed by an Authorized Porsche Dealer in Kansas.

**Consumers who wish to seek a refund or replacement under Kansas Lemon Law, must first resort to third-party arbitration through CAP-Motors.**

36

## Notice to Consumers
## State of Maine

**We at PCNA are proud of our commitment to quality and workmanship, and you, our customer.**

**MAINE ATTORNEY GENERAL/LEMON LAW ARBITRATION IF YOU HAVE A SERIOUS PROBLEM WITH THIS VEHICLE:**

The Maine Lemon Law (10 M.R.S.A.§§ 1161-1169) provides free Attorney General arbitration for consumer buyers or lessees whose motor vehicle (including motorcycles and motorized RVs) is seriously defective. Under the Maine Lemon Law, you may have a right to a refund or a replacement of the vehicle if the following applies:

1.  There is an unrepaired defect or combination of defects which substantially impairs the use, safety, or value of your vehicle; and
2.  This unrepaired defect was reported to the dealer or manufacturer:
    - During the manufacturer's express warranty; and
    - Within the three year period following the delivery date of the vehicle to the original purchaser or lessee; and
    - During the first 18,000 miles of operation; and

3.  The defect still exists or has recurred after:
    - S   Three or more repair attempts for the same defect, or
    - S   One or more repair attempts for the serious failure of either the braking or steering system; or
    - S   Being out of service for repairs for a cumulative total of 15 or more business days (for one or more defects); and
    - S   The manufacturer had been given in writing a seven day Final Opportunity to Repair.

For this vehicle, you should notify the Manufacturer or authorized Porsche dealer of the defects and the right to make a final repair. Mail to:

**Porsche Cars North America, Inc.**

Customer Relations
One Porsche Drive
Atlanta, Georgia 30354

**In order for provisions requiring refund or repurchase to apply you must resort to the manufacturer's 16 C.F.R. Part 703 complaint program or to the state-operated arbitration program.**

37

The Attorney General's state-run arbitration is different from any manufacturer sponsored program to which you may also be entitled. Under the state Lemon Law program, you will receive a free hearing before a neutral state Arbitrator and a decision within 45 days of acceptance of your Lemon Law application. If your vehicle is declared a Lemon, the manufacturer must refund your purchase price or replace the vehicle.

**You must apply for state-run arbitration within three years after delivery to the original consumer and within the term of the manufacturer's warranty.**

THIS CARD PROVIDES ONLY A SUMMARY OF THE MAINE LEMON LAW.

To request arbitration, or to get further information, contact:

**The Attorney General's Lemon Law Arbitration Program**
Consumer Protection Division
6 State House Station,
Augusta, ME 04333

| | |
|---|---|
| Telephone: | (207) 626-8849 or (800) 436-2131 |
| | (option 3) |
| Email:<br>OR | lemon_law@maine.gov<br>consumer.mediation@maine.gov |
| Internet: | http://www.maine.gov/ag |

38

## Notice to Consumers
## State of Maryland

We at PCNA are proud of our commitment to quality and workmanship, and you, our customer.

If your new Porsche vehicle does not conform to all applicable warranties during the period, **you must report the nonconformity or condition in writing to Porsche Cars North America, Inc.,** AT THE ADDRESS ON THE INSIDE FRONT COVER OF THIS BOOKLET BY **certified mail, return receipt requested, and provide Porsche with an opportunity to repair the vehicle.**

40

# Notice to Consumers
# State of Massachusetts

We at PCNA are proud of our commitment to quality and workmanship, and you, our customer.

**MASSACHUSETTS "LEMON LAW" INFORMATION. IF YOU HAVE SERIOUS PROBLEMS WITH THIS VEHICLE**

The Massachusetts "Lemon Law" General Law Chapter 90, Section 7N 1/2 provides protection for consumers who have serious problems with their new vehicle.

**UNDER THE LEMON LAW, YOU MAY HAVE THE RIGHT TO A REFUND OR REPLACEMENT OF THE VEHICLE IF:**

A. There is a defect(s), which substantially impairs the use, safety, or market value of the vehicle; AND

B. The defect(s) still exists or has recurred after either:

  1. three or more repair attempts for the same defect, or
  2. being out of service by reason of any combination of defects for a cumulative total of 15 or more business days, within one year or 15,000 miles (whichever comes first) after original delivery; AND

C. Porsche Cars North America, Inc., has been notified of the defect and given one final repair attempt of no more than seven business days.

**IF THE MANUFACTURER DOES NOT REFUND OR REPLACE THE VEHICLE AFTER THESE STANDARDS HAVE BEEN MET, YOU HAVE THE RIGHT TO HAVE YOUR CASE ARBITRATED BY A STATE-CERTIFIED ARBITRATOR.**

This state–run arbitration is different from any manufacturer-sponsored program to which you may also be entitled. Under the state program, you will receive a decision within 45 days of when your request for arbitration is accepted.

Under the law, you must request state–run arbitration within 18 months of original delivery of the vehicle.

**THIS SHEET PROVIDES ONLY A SUMMARY OF YOUR RIGHTS.**

To request arbitration, or to get information, contact:

> **The Office of Consumer Affairs and Business Regulation**
> **Attn: Consumer Hotline**
> 10 Park Plaza Suite 5170
> Boston, Massachusetts 02116

41

42

## Notice to Consumers
## State of Minnesota

We at PCNA are proud of our commitment to quality and workmanship, and you, our customer.

**Important: If this Porsche vehicle is defective, you may be entitled under the state lemon law to replacement of it or a refund of its purchase price or your lease payments. However, to be entitled to refund or replacement, you must first notify Porsche Cars North America, Inc., at the address or toll-free telephone number indicated on the inside front cover of this booklet, its agent, or its authorized dealer of the problem in writing and give them an opportunity to repair the vehicle. You also have a right to submit your case to the consumer arbitration program mentioned on page 6 of this booklet, which the manufacturer must offer in Minnesota.**

43

# Notice to Consumers
# State of Montana

We at PCNA are proud of our commitment to quality and workmanship, and you, our customer.

If this vehicle does not conform to its applicable warranties and Porsche or its dealers have not repaired the vehicle after a reasonable number of repair attempts or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle.

Porsche Cars North America, Inc., offers its customers third-party arbitration through CAP-Motors, administered by DeMars & Associates, Ltd., a third-party complaint resolution service.

For additional information about CAP-Motors, review page 6 of this booklet, or contact CAP-Motors directly at the address or toll-free telephone number found on page 7 of this booklet.

In addition, in order to seek remedies under your state Lemon Law, you must first notify Porsche at the address shown on the inside front cover of this booklet, of the problem with your vehicle.

Should you have any concerns or questions regarding your Porsche after you have contacted your local Porsche dealer, please contact Porsche Cars North America, Inc. at the toll-free number shown on the inside front cover of this booklet.

44

# Notice to Consumers
# State of New Hampshire

We at PCNA are proud of our commitment to quality and workmanship, and you, our customer.

**The New Hampshire "Lemon Law," RSA 357-D, applies to new motor vehicles sold or leased (for two or more years) and registered in the State of New Hampshire. A new motor vehicle is defined as a passenger vehicle, motorcycle or truck with a gross vehicle weight not exceeding 9,000 pounds.**

**If, during the express warranty period, you discover a defect which substantially impairs the use, market value, or safety of this vehicle, and it has not been successfully repaired after three repair attempts by the manufacturer, its agent, or an authorized Porsche dealer, or it has been out of service by reason of repair of one or more nonconformities, defects, or conditions for a cumulative total of thirty (30) business days, you may be entitled to apply for a comparable replacement or reasonable allowance for use.**

**In order for a repair attempt to qualify, you must obtain a written repair order. Neither the manufacturer nor any agent of the manufacturer (including the dealership service department) may refuse to provide you with a written repair order at your request. The vehicle is deemed to be out of service if it is in for repair for a majority of the day.**

**You may not use the New Hampshire Motor Vehicle Arbitration Program if you have stopped making payments on any financing agreement because of the vehicle's condition.**

**The New Hampshire Motor Vehicle Arbitration Program includes other eligibility requirements which you must meet to qualify.**

**Forms for electing to proceed before the New Hampshire Motor Vehicle Arbitration Board should be included with your new vehicle on delivery.**

**For information as to your rights under the Lemon Law or for additional forms, contact the New Hampshire Motor Vehicle Arbitration Board, 33 Hazen Drive, Concord, New Hampshire, 03305, email: lemonlaw@nh.gov, telephone: (603) 271-6383, or your dealer.**

46

**Consumer Information**                                                                                          **State of New Hampshire**

Name:_____

Address:_____

City:_____ State:_____ Zip:_____

Telephone Number: (_____)_____ (where you can be reached during working hours)

Email:_____@_____ _____ ___

*I Wish to Use: New Hampshire New Motor Vehicle Arbitration Board*  **OR**   *Porsche Alternative Dispute Resolution Mechanism*

☐                                                                                    ☐

**NOTE: The selection of one of these programs precludes the use of the other.**

_____          _____
Signature                                                   Date

## Vehicle Information

VIN:    **W P** ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

Brief Description of Consumer Concern:

_____ _____

_____ _____

_____ _____

47

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY CARD
FIRST CLASS    PERMIT NO. 26231    ATLANTA, GA.

POSTAGE WILL BE PAID BY ADDRESSEE

Porsche Cars North America, Inc.
Attn: Customer Relations
One Porsche Drive
Atlanta, Georgia  30354-1654

## Notice to Consumers
## State of New Jersey

We at PCNA are proud of our commitment to quality and workmanship, and you, our customer.

**IMPORTANT: If this Porsche vehicle is defective, you may be entitled under New Jersey law to a refund of the purchase price or your lease payments. For complete information regarding your rights and remedies under the relevant law, contact the New Jersey Department of Law and Public Safety, Division of Consumer Affairs, Office of Consumer Protection, Lemon Law Unit at:**

> **P.O. Box 45026**
> **Newark, New Jersey 07101**
> **Telephone (973) 504-6226 or**
> **1 (800) 242-5846**

Porsche Cars North America, Inc. offers its customers arbitration through CAP-Motors, administered by DeMars & Associates, Ltd., a third-party complaint resolution service.

For additional information about CAP-Motors, review page 6 of this booklet, or contact CAP-Motors directly at the address or toll-free telephone number found on page 7 of this booklet.

In addition, in order to seek remedies under your state Lemon Law, you must first notify Porsche, by certified mail, return receipt requested, at the address shown on the inside front cover of this booklet, of the problem with your vehicle.

Should you have any concerns or questions regarding your Porsche vehicle after you have contacted your local Porsche dealer, please contact Porsche Cars North America, Inc. at the toll-free number shown on the inside front cover of this booklet.

49

## Notice to Consumers
## State of New Mexico

We at PCNA are proud of our commitment to quality and workmanship, and you, our customer.

If the new Porsche vehicle you have purchased does not conform to the manufacturer's express warranty, you may be entitled under state law to a replacement or to compensation. However, **in order to exercise your rights, you must first report the condition in writing to Porsche Cars North America, Inc.,** AT THE ADDRESS INDICATED ON THE INSIDE FRONT COVER OF THIS BOOKLET.

50

## Notice to Consumers
## State of New York

We at PCNA are proud of our commitment to quality and workmanship, and you, our customer.

If the new Porsche vehicle you have purchased does not conform to the manufacturer's express warranty, you may be entitled under state law to a replacement or to compensation. However, in order to exercise your rights, YOU MUST FIRST REPORT THE CONDITION IN WRITING to PORSCHE CARS NORTH AMERICA, INC.

**NEW CAR LEMON LAW BILL OF RIGHTS**

1. IN ADDITION TO ANY WARRANTIES OFFERED BY THE MANUFACTURER, YOUR NEW CAR IF EITHER PURCHASED, LEASED OR TRANSFERED IN NEW YORK STATE OR IS PRESENTLY REGISTERED IN NEW YORK STATE, AND IS USED PRIMARILY FOR PERSONAL PURPOSES, IS WARRANTED AGAINST ALL MATERIAL DEFECTS FOR EIGHTEEN THOUSAND MILES OR TWO YEARS, WHICHEVER COMES FIRST.

2. YOU MUST REPORT ANY PROBLEMS TO THE MANUFACTURER, ITS AGENT, OR AUTHORIZED DEALER. REPORT THE CONDITION, IN WRITING, TO PORSCHE CARS NORTH AMERICA, INC. AT THE ADDRESS INDICATED ON THE INSIDE COVER OF THIS BOOKLET.

3. UPON NOTIFICATION, THE PROBLEM MUST BE CORRECTED FREE OF CHARGE.

4. IF THE SAME PROBLEM CANNOT BE REPAIRED AFTER FOUR OR MORE ATTEMPTS, OR IF YOUR CAR IS OUT OF SERVICE TO REPAIR A PROBLEM FOR A TOTAL OF THIRTY DAYS DURING THE WARRANTY PERIOD, YOU MAY BE ENTITLED TO EITHER A COMPARABLE CAR OR A REFUND OF YOUR PURCHASE PRICE, PLUS LICENSE AND REGISTRATION FEES, MINUS A MILEAGE ALLOWANCE ONLY IF THE VEHICLE HAS BEEN DRIVEN MORE THAN 12,000 MILES.

5. A MANUFACTURER MAY DENY LIABILITY AND MAY REFUSE TO EXCHANGE A COMPARABLE CAR OR REFUND YOUR PURCHASE PRICE IF THE PROBLEM IS CAUSED BY ABUSE, NEGLECT, OR UNAUTHORIZED MODIFICATIONS OF THE CAR.

6. A MANUFACTURER MAY DENY LIABILITY AND MAY REFUSE TO EXCHANGE A COMPARABLE CAR OR REFUND YOUR PURCHASE PRICE IF THE PROBLEM DOES NOT SUBSTANTIALLY IMPAIR THE VALUE OF YOUR CAR.

7. IF A MANUFACTURER HAS ESTABLISHED AN ARBITRATION PROCEDURE, THE MANUFACTURER MAY REFUSE TO EXCHANGE A COMPARABLE CAR OR REFUND YOUR PURCHASE PRICE UNTIL YOU FIRST RESORT TO THE PROCEDURE.

8. IF THE MANUFACTURER DOES NOT HAVE AN ARBITRATION PROCEDURE, YOU MAY RESORT TO ANY REMEDY BY LAW AND MAY BE ENTITLED TO YOUR ATTORNEY'S FEES IF YOU PREVAIL.

9. NO CONTRACT OR AGREEMENT CAN VOID ANY OF THESE RIGHTS.

10. AS AN ALTERNATIVE TO THE ARBITRATION PROCEDURE MADE AVAILABLE THROUGH THE MANUFACTURER, YOU MAY INSTEAD CHOOSE TO SUBMIT YOUR CLAIM TO AN INDEPENDENT ARBITRATOR, APPROVED BY THE ATTORNEY GENERAL. YOU MAY HAVE TO PAY A FEE FOR SUCH AN ARBITRATION. CONTACT YOUR LOCAL CONSUMER OFFICE OR ATTORNEY GENERAL'S OFFICE TO FIND OUT HOW TO ARRANGE FOR INDEPENDENT ARBITRATION.

## Notice to Consumers
## State of North Carolina

We at PCNA are proud of our commitment to quality and workmanship, and you, our customer.

If the new Porsche vehicle you have purchased does not conform to the manufacturer's express warranty, you may be entitled under state law to a replacement or to compensation. However, **IN ORDER TO EXERCISE YOUR RIGHTS, YOU MUST FIRST REPORT THE CONDITION IN WRITING TO PORSCHE CARS NORTH AMERICA, INC.,** AT THE ADDRESS INDICATED ON THE INSIDE FRONT COVER OF THIS BOOKLET. If your vehicle has been inspected by the Dealer and your concern is still not corrected to your satisfaction, Porsche Cars North America, Inc. recommends that you contact 1-800-PORSCHE for assistance.

**BEFORE YOU MAY BRING ANY ACTION IN A COURT, YOU MUST RESORT TO PORSCHE CARS NORTH AMERICA, INC.'S INFORMAL DISPUTE RESOLUTION MECHANISM IDENTIFIED AT THE ADDRESS OR TELEPHONE NUMBER INDICATED ON PAGE 6 OF THIS BOOKLET.**

52

## Notice to Consumers
## State of Ohio

We at PCNA are proud of our commitment to quality and workmanship, and you, our customer.

**IMPORTANT: IF THIS VEHICLE IS DEFECTIVE, YOU MAY BE ENTITLED UNDER STATE LAW TO A REPLACEMENT OR TO COMPENSATION.**

**NOTICE:**
**OHIO LAW REQUIRES YOU TO USE A QUALIFIED ARBITRATION PROGRAM BEFORE SUING THE MANUFACTURER OVER NEW CAR WARRANTY DISPUTES. FAILURE TO ARBITRATE YOUR CLAIM MAY PRECLUDE YOU FROM MAINTAINING A LAWSUIT UNDER SECTION 1345.75 OF THE REVISED CODE.**

Porsche Cars North America, Inc. participates in CAP-Motors, administered by DeMars & Associates, Ltd., a dispute resolution program (P. O. Box 925, Haslet, TX 76052-0925, Tel.: (800) 279-5343). CAP-Motors has been approved by the Ohio Attorney General as a qualified arbitration program under Section 1345.71 et seq. of the Ohio Revised Code.

If you have a problem arising under a Porsche new vehicle warranty, we encourage you to bring it to our attention. This step is optional and may be terminated at any time by you or Porsche. If we are unable to resolve it, you may be eligible to file a claim with CAP-Motors.

CAP-Motors staff may try to help resolve your dispute through mediation. If mediation is not successful, or if you do not wish to participate in mediation, eligible consumers may present their case to an impartial third party arbitrator at an informal hearing. Within 40 days after you file your case, the arbitrator will render a decision that you may accept or reject. Porsche will be bound to the decision if you accept it.

Call CAP-Motors to file a claim or to receive more information as to what claims are eligible.  There is no charge for the call.

Further information about CAP-Motors program may be found on page 35 of this booklet.

53

# Notice to Consumers
# State of Pennsylvania

We at PCNA are proud of our commitment to quality and workmanship, and you, our customer.

If the new Porsche vehicle you have purchased does not conform to the manufacturer's express warranty, the Pennsylvania Automobile Lemon Law provides that Porsche Cars North America, Inc. may have to replace it or pay you a refund, at your option.

If you discover a defect that substantially impairs the use, value, or safety of this vehicle, contact the manufacturer or its authorized service and repair facility immediately.

Your Lemon Law rights only cover defects which occur within one year after delivery or 12,000 miles of use, or the term of the express warranty, whichever comes first.

The law states that it is reasonable for the Porsche dealer, Porsche Cars North America, Inc. or its agent to make up to three separate attempts to correct the same defect.

After three unsuccessful repair attempts, or after a total of thirty calendar days in which the vehicle is out of service for repair, you may be entitled to a comparable replacement Porsche vehicle or a refund of the purchase price less an allowance for your actual use.

If a dispute arises concerning a defect, you must first resort to the informal dispute settlement procedure established by Porsche Cars North America, Inc. to assert your Lemon Law rights.

The authorized Porsche dealer must provide you with an itemized statement of all repair work performed when your vehicle is returned from service. Keep those records for future reference.

For more information, contact the Office of Attorney General, Bureau of Consumer Protection, Strawberry Square, 14th Floor, Harrisburg, PA 17120, Telephone: (717) 787-3391. If you should have any questions concerning your Porsche vehicle, please contact Porsche Cars North America, Inc. at the address or toll-free telephone number listed on the inside front cover of this booklet.

## Notice to Consumers
## State of Rhode Island

We at PCNA are proud of our commitment to quality and workmanship, and you, our customer.

**"Lemon Law" Information**
**If this vehicle is defective, you may be entitled under Rhode Island law to a refund of the purchase price, your lease payments, or a replacement vehicle, at your option. For information regarding your rights and remedies, contact the Rhode Island attorney general's office at (401) 274-4400.**

If the Porsche vehicle you have purchased does not conform to the manufacturer's express warranty, you may be entitled under state law to a replacement, or to compensation. However**, in order to seek remedies under your state Lemon Law, you must first provide Porsche Cars North America, Inc. with the opportunity to correct the alleged defect.** If your concern is still not corrected to your satisfaction, Porsche Cars North America, Inc. recommends that you contact its Customer Relations Department for assistance. **Before you may bring action in a court, you must resort to Porsche Cars North America, Inc.'s informal dispute resolution mechanism identified at the address or toll-free telephone number indicated on page 6 of this booklet.**

55

## Notice to Consumers
## State of South Carolina

We at PCNA are proud of our commitment to quality and workmanship, and you, our customer.

If the new motor vehicle you have purchased does not conform to the manufacturer's express warranty, you may be entitled under state law to a replacement or compensation. However, **in order to exercise your rights, you must first report the condition in writing, by certified mail, to Porsche Cars North America, Inc.,** AT THE ADDRESS LISTED ON THE INSIDE FRONT COVER OF THIS BOOKLET **AND PROVIDE PORSCHE CARS NORTH AMERICA, INC. WITH THE OPPORTUNITY TO CORRECT THE ALLEGED DEFECT.**

56

## Notice to Consumers
## State of Tennessee

We at PCNA are proud of our commitment to quality and workmanship, and you, our customer.

If the Porsche vehicle you have purchased does not conform to the manufacturer's express warranty, you may be entitled under state law to a replacement or to compensation. However, **IN ORDER TO SEEK REMEDIES UNDER YOUR STATE LEMON LAW, YOU MUST FIRST REPORT THE CONDITIONS IN WRITING AND BY CERTIFIED MAIL TO PORSCHE CARS NORTH AMERICA, INC.** AT THE ADDRESS INDICATED ON THE INSIDE FRONT COVER OF THIS BOOKLET, **AND PROVIDE PORSCHE CARS NORTH AMERICA, INC. WITH THE OPPORTUNITY TO CORRECT THE ALLEGED DEFECT.** If your concern is still not corrected to your satisfaction, Porsche Cars North America, Inc. recommends that you contact its Customer Relations Department for assistance. **BEFORE YOU MAY BRING ACTION IN A COURT, YOU MUST RESORT TO PORSCHE CARS NORTH AMERICA'S INFORMAL DISPUTE RESOLUTION MECHANISM IDENTIFIED AT THE ADDRESS ON PAGE 6 OF THIS BOOKLET.**

## Notice to Consumers

## State of Texas

We at PCNA are proud of our commitment to quality and workmanship, and you, our customer.

If the new motor vehicle you have purchased does not conform to the manufacturer's express warranty, you may be entitled under state law to a replacement or compensation. However, **IN ORDER TO EXERCISE YOUR RIGHTS, YOU MUST FIRST REPORT THE CONDITION IN WRITING TO PORSCHE CARS NORTH AMERICA, INC., AT THE ADDRESS INDICATED ON THE INSIDE FRONT COVER OF THIS BOOKLET.**

58

**Notice to Consumers**
**State of Vermont**
**Vermont Registered Vehicles**

We at PCNA are proud of our commitment to quality and workmanship, and you, our customer.

If, during the express warranty period, you discover defects which substantially impair the use, market value, or safety of this vehicle, and it has not been successfully repaired after three repair attempts by an authorized dealer, or it has been out of service for repair for a cumulative total of thirty (30) calendar days, you may be entitled to apply for a comparable replacement or a refund of your purchase price less certain allowances.

If you wish to seek a repurchase or replacement under the Vermont Lemon Law, **you must notify Porsche Cars North America, Inc. at the address indicated on the inside cover of this booklet. You may elect whether to arbitrate your claim through CAP-Motors, administered by DeMars & Associates, Ltd., a dispute resolution service, or the Vermont Motor Vehicle Arbitration Board. Your election of one of these dispute resolution mechanisms precludes you from arbitrating your claim through the other.** Forms for the Vermont Motor Vehicle Arbitration Board have been included with your new vehicle in the glove compartment. If, for some reason, you are unable to locate any of the information discussed in this notice, please contact the Customer Relations Department of Porsche Cars North America, Inc. at the toll-free number or the address shown on the inside front cover of this booklet. Pending the arbitration hearing, you must provide Porsche Cars North America, Inc. with an opportunity to correct the defect. If you are satisfied with the repair, the arbitration proceedings may be terminated but may be recommenced at any time during the express warranty period if the repair proves unsatisfactory.

In order for a repair attempt to qualify, you must obtain a written repair order. In calculating the thirty day repair time, the vehicle is deemed to be out of service if it is in for repair for a majority of the day. You may not pursue remedies under the Lemon Law if you have stopped making payments on any financing agreement because of the condition of the vehicle. Vermont's Motor Vehicle Arbitration Program includes other eligibility requirements which you must meet to qualify. The Vermont Lemon Law applies to new vehicles sold or leased for two or more years and registered in the State of Vermont.

For further information as to your rights under the Lemon Law or forms, contact the Vermont New Motor Vehicle Arbitration Board, 120 State St., Montpelier, Vermont 05603, telephone (802) 828-5943, or your dealer. You may also wish to contact Porsche at the address or toll-free telephone number listed on the inside front cover of this booklet.

# Notice to Consumers
# State of Virginia

We at PCNA are proud of our commitment to quality and workmanship, and you, our customer.

If the new Porsche vehicle you have purchased does not conform to the manufacturer's express warranty, you may be entitled under state law to a replacement or to compensation. However, in order to exercise your rights, **YOU MUST FIRST REPORT THE CONDITION IN WRITING TO PORSCHE CARS NORTH AMERICA, INC., AND PERMIT PORSCHE CARS NORTH AMERICA, INC. AN OPPORTUNITY TO REPAIR ANY NONCONFORMITY.**

**Notice to Consumers Pursuant to Title 59.1, Code of Virginia, Chapter 17.6**

Porsche Cars North America, Inc. may, at times during the life of a Porsche vehicle, offer an adjustment program to pay all or part of the cost of certain repairs beyond the terms of the warranty. Under normal circumstances you will simply be asked to bring the vehicle to the nearest authorized Porsche dealer for repairs. Check the terms and conditions of any notice for details. You may also check with your dealer at any time to determine whether any adjustment program is applicable to your motor vehicle.

60

## Notice to Consumers
## State of West Virginia

We at PCNA are proud of our commitment to quality and workmanship, and you, our customer.

**IMPORTANT: IF THIS PORSCHE VEHICLE IS DEFECTIVE, YOU MAY BE ENTITLED UNDER THE STATE LAW TO A REPLACEMENT OR TO COMPENSATION. HOWEVER, TO BE ENTITLED TO A REPLACEMENT OR COMPENSATION, YOU MUST FIRST NOTIFY PORSCHE CARS NORTH AMERICA, INC., OF THE PROBLEM IN WRITING AND PROVIDE PORSCHE CARS NORTH AMERICA, INC. AN OPPORTUNITY TO REPAIR THE VEHICLE.**

Porsche Cars North America, Inc. offers its customers third-party arbitration through CAP-Motors, administered by DeMars & Associates, Ltd., a complaint resolution service. For additional information about CAP-Motors, review page 6 of this booklet or contact CAP-Motors directly at the address or toll-free telephone number found on page 7 of this booklet.

In addition, in order to seek remedies under your state Lemon Law, you must first notify Porsche, by certified mail, at the address shown on the inside front cover of this booklet of the problem with your vehicle and provide Porsche an opportunity to repair it.

61

## Notice to Consumers
## State of Wisconsin

We at PCNA are proud of our commitment to quality and workmanship, and you, our customer.

If the new Porsche vehicle you have purchased does not conform to its written warranty, you may be entitled to a replacement or refund under Wisconsin's Lemon Law. That law states that a consumer may claim and receive a refund or replacement vehicle if all of the following are true:

1) The new vehicle has a condition or defect covered by the vehicle's warranty that substantially impairs the use, value, or safety.

2) The condition or defect is not the result of abuse, neglect, or unauthorized modification or alteration of the motor vehicle by the consumer.

3) Before the warranty expires or within one (1) year of delivery, whichever is sooner:

 S The same defect is subject to repair by the manufacturer, motor vehicle lessor, or authorized dealer at least four (4) times and the problem continues; or,
 S The motor vehicle is out of service for a total of 30 days because of defects covered by the vehicle's warranty. The 30 days need not be consecutive.
 S To obtain a refund or replacement, you must provide written notification to Porsche Cars North America, Inc. of the nonconforming condition and request a refund or replacement of the vehicle. A motor vehicle Lemon Law notice form can be found at the Wisconsin Department of Transportation website. Porsche Cars North America, Inc. has 30 days to respond to said written notification.

The written notification should be sent to Porsche Cars North America, Inc. at the address indicated on the inside front cover of this booklet.

Porsche Cars North America, Inc. offers its customers third-party arbitration through CAP-Motors, administered by DeMars & Associates, Ltd., a mediation/arbitration program. This program has been certified by the Wisconsin Dept. of Transportation. Before bringing legal action against Porsche under Wisconsin's Lemon Law, you must first resort to third-party arbitration through CAP-Motors. However, if you choose to seek remedies which are not created by either the Wisconsin Lemon Law or the Magnuson-Moss Warranty Act, you need not use CAP-Motors although that option is still available to you.

CAP-Motors may attempt to mediate a settlement between you and the manufacturer. Mediation is voluntary on your part and may be terminated at any time. A decision shall be rendered within forty (40) calendar days from the date of original receipt of the dispute, in the event mediation fails to settle the dispute.

CAP-Motors decisions are binding on Porsche but not the consumer. Porsche will comply with the decision within 20 days after receiving notice of the consumer's acceptance. The decision and findings of CAP-Motors may be admissible as evidence in any court action.

For additional information about CAP-Motors, review the information on page 6 of this booklet or contact CAP-Motors at the address indicated below or at the toll free telephone number listed below.

**Consumer Arbitration Program for Motor Vehicles**
P. O. Box 925
Haslet, TX 76052-0925
(800) 279-5343

1st Owner

Address

Tel. No.

Purchase Date                                          Mileage

2nd Owner

Address

Tel. No.

Purchase Date                                          Mileage

3rd Owner

Address

Tel. No.

Purchase Date                                          Mileage

4th Owner

Address

Tel. No.

Purchase Date                                          Mileage

5th Owner

Address

Tel. No.

Purchase Date                                          Mileage

6th Owner

Address

Tel. No.

Purchase Date                                          Mileage

**Please complete a change of address card whenever there is a Name,
Address, or Ownership change.**

64

**(Please check)**     **Change of Address** ☐     **Change of Ownership** ☐

Vehicle Identification:      VIN    **W P** _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Vehicle Description:      Model _____ _____ Year _____

Vehicle Was Purchased: (please check) New ___ Used ___        Date Acquired: ____ /____ /____

*(please print)*
Owner/Driver:        _____  _____    ___  _____    _____
                  Prefix    First Name                    MI    Last Name                              Suffix

Mailing Address:      _____

                 _____

                 _____    ____  _____    _____
                 City                                          State   Zip                          Country

Telephone Number:      Work (_____) _____–_____            Home (_____) _____–_____

                 Email _____@_____

If you have any questions about Porsche or the benefits of being an owner, please call 1 (800) PORSCHE.

65

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY CARD
FIRST CLASS    PERMIT NO. 26231    ATLANTA, GA.

POSTAGE WILL BE PAID BY ADDRESSEE

Porsche Cars North America, Inc.
Attn: Customer Relations
One Porsche Drive
Atlanta, Georgia  30354-1654

66

**(Please check)**        **Change of Address** ☐        **Change of Ownership** ☐

Vehicle Identification:        VIN    **W P** _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Vehicle Description:        Model _____ _____ Year _____

Vehicle Was Purchased: (please check) New ___ Used ___        Date Acquired: ____ /____ /____

*(please print)*
Owner/Driver:
      _____   _____   ___   _____   _____
      Prefix    First Name        MI   Last Name         Suffix

Mailing Address:        _____

                                  _____

                                  _____   ____  _____  _____
                                  City                  State  Zip         Country

Telephone Number:        Work (_____) _____–_____        Home (_____) _____–_____

                        Email _____@_____

If you have any questions about Porsche or the benefits of being an owner, please call 1 (800) PORSCHE.

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY CARD

FIRST CLASS    PERMIT NO. 26231    ATLANTA, GA.

POSTAGE WILL BE PAID BY ADDRESSEE

Porsche Cars North America, Inc.
Attn: Customer Relations
One Porsche Drive
Atlanta, Georgia  30354-1654