# Exhibit D

## I.  NHTSA Complaints Cited in the First Amended Class Action Complaint ("FAC") at ¶ 36

| NHTSA ID No. | Date | Model | Issue | Not Addressed in PE21-013 | Kukrika - Complaint Relates to Same Model/Model Year | Kukrika - Complaint Predates Purchase | Chandler-Ward - Complaint Relates to Same Model/Model Year | Chandler-Ward - Complaint Predates Purchase | Williams - Complaint Relates to Same Model/Model Year | Williams - Complaint Predates Purchase | Palefsky - Complaint Relates to Same Model/Model Year | Palefsky - Complaint Predates Purchase | Lanez - Complaint Relates to Same Model/Model Year | Lanez - Complaint Predates Purchase |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11419735 (FAC p. 13) | 6/5/21 | 2020 Taycan | Electrical System Error/ Stop Vehicle in Safe Space | NO | NO | NO | NO | ☑ | ☑ | ☑ | NO | ☑ | NO | NO |
| 11433960 (FAC pp. 13-15) | 9/21/21 | 2020 Taycan | Electrical System Error/ Stop Vehicle in Safe Space | NO | NO | NO | NO | ☑ | ☑ | ☑ | NO | ☑ | NO | NO |
| 11435775 (FAC p. 15) | 10/6/21 | 2020 Taycan | Electrical System Error/ Stop Vehicle in Safe Space | NO | NO | NO | NO | ☑ | ☑ | ☑ | NO | ☑ | NO | NO |

| NHTSA ID No. | Date | Model | Issue | Not Addressed in PE21-013 | Kukrika - Complaint Relates to Same Model/Model Year | Kukrika - Complaint Predates Purchase | Chandler-Ward - Complaint Relates to Same Model/Model Year | Chandler-Ward - Complaint Predates Purchase | Williams - Complaint Relates to Same Model/Model Year | Williams - Complaint Predates Purchase | Palefsky - Complaint Relates to Same Model/Model Year | Palefsky - Complaint Predates Purchase | Lanez - Complaint Relates to Same Model/Model Year | Lanez - Complaint Predates Purchase |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11462128 (FAC p. 15) | 4/5/22 | 2020 Taycan | Electrical System Error/ Stop Vehicle in Safe Space | Not Explicitly | NO | NO | NO | NO | ☑ | ☑ | NO | ☑ | NO | NO |
| 11418935 (FAC pp. 15-16) | 5/27/21 | 2020 Taycan | Electrical System Error/ Stop Vehicle in Safe Space | NO | NO | NO | NO | ☑ | ☑ | ☑ | NO | ☑ | NO | NO |
| 11497123 (FAC p. 16) | 12/12/22 | 2020 Taycan | Electrical System Error/ Stop Vehicle in Safe Space | Not Explicitly | NO | NO | NO | NO | ☑ | ☑ | NO | ☑ | NO | NO |

| NHTSA ID No. | Date | Model | Issue | Not Addressed in PE21-013 | Kukrika | | Chandler-Ward | | Williams | | Palefsky | | Lanez | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Complaint Relates to Same Model/Model Year | Complaint Predates Purchase | Complaint Relates to Same Model/Model Year | Complaint Predates Purchase | Complaint Relates to Same Model/Model Year | Complaint Predates Purchase | Complaint Relates to Same Model/Model Year | Complaint Predates Purchase | Complaint Relates to Same Model/Model Year | Complaint Predates Purchase |
| 11509850 (FAC p. 16) | 3/2/23 | 2020 Taycan | Electrical System Error/ Stop Vehicle in Safe Space | Not Explicitly | NO | NO | NO | NO | ☑ | ☑ | NO | ☑ | NO | NO |
| 11586725 (FAC pp. 16-17) | 5/3/24 | 2020 Taycan | Electrical System Error/ Stop Vehicle in Safe Space | Not Explicitly | NO | NO | NO | NO | ☑ | ☑ | NO | NO | NO | NO |
| 11422463 (FAC p. 17) | 6/26/21 | 2021 Taycan | Electrical System Error/ Stop Vehicle in Safe Space | NO | NO | NO | NO | ☑ | NO | ☑ | NO | ☑ | NO | NO |

| NHTSA ID No. | Date | Model | Issue | Not Addressed in PE21-013 | Kukrika | | Chandler-Ward | | Williams | | Palefsky | | Lanez | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Complaint Relates to Same Model/Model Year | Complaint Predates Purchase | Complaint Relates to Same Model/Model Year | Complaint Predates Purchase | Complaint Relates to Same Model/Model Year | Complaint Predates Purchase | Complaint Relates to Same Model/Model Year | Complaint Predates Purchase | Complaint Relates to Same Model/Model Year | Complaint Predates Purchase |
| 11404336 (FAC pp. 17-18) | 3/22/21 | 2021 Taycan | Electrical System Error/ Stop Vehicle in Safe Space | NO | NO | NO | NO | ☑ | NO | ☑ | NO | ☑ | NO | NO |
| 11427688 (FAC p. 18) | 8/4/21 | 2021 Taycan | Electrical System Error/ Stop Vehicle in Safe Space | NO | NO | NO | NO | ☑ | NO | ☑ | NO | ☑ | NO | NO |
| 11496955 (FAC pp. 18-19) | 12/11/22 | 2021 Taycan | Electrical System Error/ Stop Vehicle in Safe Space | Not Explicitly | NO | NO | NO | NO | NO | ☑ | NO | ☑ | NO | NO |

| NHTSA ID No. | Date | Model | Issue | Not Addressed in PE21-013 | Kukrika | | Chandler-Ward | | Williams | | Palefsky | | Lanez | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Complaint Relates to Same Model/Model Year | Complaint Predates Purchase | Complaint Relates to Same Model/Model Year | Complaint Predates Purchase | Complaint Relates to Same Model/Model Year | Complaint Predates Purchase | Complaint Relates to Same Model/Model Year | Complaint Predates Purchase | Complaint Relates to Same Model/Model Year | Complaint Predates Purchase |
| 11429897 (FAC p. 19) | 8/20/21 | 2021 Taycan | Electrical System Error/ Stop Vehicle in Safe Space | NO | NO | NO | NO | ☑ | NO | ☑ | NO | ☑ | NO | NO |
| 11431568 (FAC pp. 19-20) | 9/3/21 | 2021 Taycan | Electrical System Error/ Stop Vehicle in Safe Space | NO | NO | NO | NO | ☑ | NO | ☑ | NO | ☑ | NO | NO |
| 11559618 (FAC p. 20) | 12/11/23 | 2022 Taycan | Electrical System Error/ Stop Vehicle in Safe Space | Not Explicitly | NO | NO | ☑ | NO | NO | ☑ | NO | ☑ | NO | NO |
| 11476601 (FAC pp. 20-21) | 7/29/22 | 2022 Taycan | Explosion at charging port | ☑ | NO | NO | ☑ | NO | NO | ☑ | NO | ☑ | NO | NO |

| NHTSA ID No. | Date | Model | Issue | Not Addressed in PE21-013 | Kukrika | | Chandler-Ward | | Williams | | Palefsky | | Lanez | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Complaint Relates to Same Model/Model Year | Complaint Predates Purchase | Complaint Relates to Same Model/Model Year | Complaint Predates Purchase | Complaint Relates to Same Model/Model Year | Complaint Predates Purchase | Complaint Relates to Same Model/Model Year | Complaint Predates Purchase | Complaint Relates to Same Model/Model Year | Complaint Predates Purchase |
| 11507680 (FAC p. 21) | 2/16/23 | 2022 Taycan | Electrical System Error/ Stop Vehicle in Safe Space | Not Explicitly | NO | NO | ☑ | NO | NO | ☑ | NO | ☑ | NO | NO |
| 11584315 (FAC pp. 21-22) | 4/21/24 | 2024 Taycan | Electrical System Error/ Stop Vehicle in Safe Space | Not Explicitly | NO | NO | NO | NO | NO | ☑ | NO | NO | NO | NO |

## II. Online Complaints Cited in FAC at ¶ 38

| Date | Model | Issue | Not Addressed in PE21-013 | Kukrika - Complaint Relates to Same Model/Model Year | Kukrika - Complaint Predates Purchase | Chandler-Ward - Complaint Relates to Same Model/Model Year | Chandler-Ward - Complaint Predates Purchase | Williams - Complaint Relates to Same Model/Model Year | Williams - Complaint Predates Purchase | Palefsky - Complaint Relates to Same Model/Model Year | Palefsky - Complaint Predates Purchase | Lanez - Complaint Relates to Same Model/Model Year | Lanez - Complaint Predates Purchase |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unknown | 2020 Taycan 4S | Electrical System Error/ Stop Vehicle in Safe Space | Not Explicitly | ☑ | NO | NO | NO | NO | NO | NO | NO | ☑ | NO |
| Unknown | 2020 Taycan 4S | "red circle of death" error | Not Explicitly | ☑ | NO | NO | NO | NO | NO | NO | NO | ☑ | NO |
| Unknown | 2022 Taycan CT4 | Electrical System Error | Not Explicitly | NO | NO | NO | NO | NO | NO | NO | NO | NO | NO |

### III. Instances of Alleged Taycan Fires

| FAC | Date | Model | Issue | Kukrika Complaint Relates to Same Model/Model Year | Kukrika Complaint Predates Purchase | Chandler-Ward Complaint Relates to Same Model/Model Year | Chandler-Ward Complaint Predates Purchase | Williams Complaint Relates to Same Model/Model Year | Williams Complaint Predates Purchase | Palefsky Complaint Relates to Same Model/Model Year | Palefsky Complaint Predates Purchase | Lanez Complaint Relates to Same Model/Model Year | Lanez Complaint Predates Purchase |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ¶ 49 | Feb. 2020 | Taycan (model year/ variant not specified) | Garage fire | NO | ☑ | NO | ☑ | NO | ☑ | NO | ☑ | NO | ☑ |
| ¶¶ 50-51 | Oct. 2021 | 2021 Taycan Cross Turismo (Australian model) | Battery fire | NO | NO | NO | ☑ | NO | ☑ | NO | ☑ | NO | NO |
| ¶52 | 2003 | Taycan (model year/ variant/country of sale not specified) | Cargo ship fire | NO | NO | NO | NO | NO | ☑ | NO | ☑ | NO | NO |